UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-25-FVS<br><br>ORDER |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

1. The Emergency Motion to Vacate or Modify Scheduling Order, **Ct. Rec. 238**, is **GRANTED IN PART.** Paragraph Number 1 of the Court's Scheduling Order, Ct. Rec. 222, entered on March 30, 2005, is modified as follows: **Any defendant shall file a motion to dismiss the Complaint in the above-captioned matter by June 30, 2005; responses shall be filed by August 30, 2005; and replies shall be filed by September 30, 2005. Any oral argument, if requested, may not be scheduled before October 30, 2005.**

2. **A telephonic status conference is scheduled for June 21, 2005, at 1:30 p.m. to further address scheduling issues. DLA Piper Rudnick Gray Cary US LLP shall initiate the call.**

3. **The parties shall file a written status report by 5:00 p.m. on June 16, 2005,** addressing AIG's interpleader of the insurance proceeds into Bankruptcy Court and updating the Court on any additional changes in this litigation.

ORDER - 1

1    **IT IS SO ORDERED.** The District Court Executive is hereby
2    directed to enter this order and furnish copies to counsel.
3    **DATED** this <u>1st</u> day of June, 2005.

            <u>s/ Fred Van Sickle</u>
               Fred Van Sickle
         Chief United States District Judge

ORDER - 2