UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-25-FVS<br><br>ORDER SUSPENDING BRIEFING SCHEDULE |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that the Plaintiffs' Emergency Motion For Reconsideration of the Court's Scheduling Order, **Ct. Rec. 272**, is **GRANTED.** The Amended Scheduling Order in this action addressing the briefing schedule for motions to dismiss is suspended for 30 days, on the condition that the Individual Defendants in this action file the appropriate motion with the Bankruptcy Court for the Eastern District of Washington, allowing Judge Williams to determine whether the automatic stay in the related bankruptcy action applies to this litigation. The Amended Scheduling Order is suspended with respect to all parties in this action because the Court determines it is preferable to keep the briefing schedule on one track. Counsel for the Individual Defendants shall file a written status report with the Court by **August 8, 2005.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

ORDER SUSPENDING BRIEFING SCHEDULE - 1

1  //

2  **DATED** this <u>14th</u> day of July, 2005.

4  s/ Fred Van Sickle
   Fred Van Sickle
   Chief United States District Judge

ORDER SUSPENDING BRIEFING SCHEDULE - 2