UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-25-FVS <br><br> ORDER |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulated Motion for Withdrawal of Prior Motion (**Ct. Rec. 370**) is **GRANTED**. The briefing schedule incorporated in the Stipulation is adopted by the Court. Plaintiffs' Motion to Certify (**Ct. Rec. 360**) is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 21st day of April, 2006.

                         s/ Fred Van Sickle
                         Fred Van Sickle
                  United States District Judge

ORDER - 1