UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| | ORDER GRANTING DEFENDANT NESS'S MOTION TO DISMISS CERTAIN CLAIMS |

**THIS MATTER** comes before the Court on Defendant Ness's Motion to Dismiss Certain Claims in the Third Amended Complaint, Ct. Rec. 516. This Court has previously held that the Plaintiffs do not have standing to bring claims against Mr. Ness on the basis of any registration statement that he did not sign.  Order Granting In Part and Denying In Part Defendants' Motions to Dismiss, Ct. Rec. 494, at 24.  Mr. Ness moves to dismiss Count III of the complaint on the grounds that it is based on two registration statements that he did not sign.  The Plaintiffs having no objection, and the motion being consistent with this Court's prior order,

**IT IS HEREBY ORDERED:**

1. Defendant Ness's Motion to Dismiss Certain Claims in the Third Amendment Complaint, **Ct. Rec. 516**, is **GRANTED.**

2. Count III of the Third Consolidated and Amended Complaint, Ct. Rec. 497, is **DISMISSED WITH PREJUDICE** as against Mr. Ness to the extent that it is based on the registration statements for Summit

ORDER GRANTING DEFENDANT NESS'S MOTION TO DISMISS CERTAIN CLAIMS - 1

Investment Certificates, Series B, effective February 13, 2001 and

Summit Preferred Stock, Series R & T, effective February 13, 2001.

**IT IS SO ORDERED.**  The District Court Executive is hereby

directed to enter this order and furnish copies to counsel.

**DATED** this  13th  day of March, 2008.


                          s/ Fred Van Sickle
                          Fred Van Sickle
                    United States District Judge

ORDER GRANTING DEFENDANT NESS'S MOTION TO DISMISS CERTAIN CLAIMS
- 2