THE HONORABLE FRED VAN SICKLE

JAMES B. KING (WSBA NO. 8723)
EVANS, CRAVEN & LACKIE, P.S.
818 West Riverside Avenue
Suite 250
Spokane, Washington 99201-0910
Telephone: (509) 455-5200
Facsimile: (509) 455-3632

DIANA L. WEISS (*pro hac vice*)
JAMES P. CUSICK (*pro hac vice*)
KENNETH P. HERZINGER (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415)773-5759

Attorneys for Defendant
PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. CV-04-0025-FVS<br><br>CLASS ACTION<br><br>DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI<br><br>(Clerk's Action Required)<br><br>**(ORAL ARGUMENT REQUESTED)**<br><br>Hearing Date: December 17, 2009<br>Time: 9:00 a.m. |

DEFENDANT PWC'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON COUNT VI (CV-04-0025-FVS)
OHS West:260734032.2

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 773-5700

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant PricewaterhouseCoopers LLP ("PwC") hereby moves the Court for an Order granting partial summary judgment on Count VI of plaintiffs' Consolidated and Fourth Amended Class Action Complaint on the grounds that defendant PwC is entitled to dismissal under the applicable statute of repose of the Securities Act of 1933, 15 U.S.C. § 77m.

This motion is based on the accompanying notice of motion, memorandum of points and authorities, Local Rule 56.1 statement of undisputed facts, supporting declaration of Scot Strube, the argument of counsel (if permitted by the Court), all other pleadings in this action, and any other materials properly before the Court.

A proposed form of order accompanies this motion.

Dated: October 2, 2009        Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ James P. Cusick*
JAMES P. CUSICK, *Pro Hac Vice*

EVANS, CRAVEN & LACKIE P.S.


*/s/ James B. King*
JAMES B. KING, WSBA #8723

Attorneys for Defendant
PricewaterhouseCoopers LLP

DEFENDANT PWC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI (CV-04-0025-FVS)
OHS West:260734032.2

2

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 773-5700

# CERTIFICATE OF SERVICE

I, James P. Cusick, hereby certify that on October 2, 2009, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System which will send notification to all CM/ECF subscribers, **(SEE ATTACHED SERVICE LIST)** and caused a true and correct copy to be sent via U.S. Mail to any and all non-CM/ECF participants who are required to be manually served in this case.)

                */s/ James P. Cusick*
James P. Cusick *(pro hac vice)*
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  (415) 773-5700
Fax:  (415) 773-5759

DEFENDANT PWC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI (CV-04-0025-FVS)
OHS West:260734032.2

3

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 773-5700

| | |
|---|---|
| **SERVICE LIST** | |
| George S. Azadian<br>*gazadian@stroock.com* | Peter Jennings Grabicki<br>*pjg@randanco.com*<br>*nlg@randanco.com*<br>*scc@randanco.com* |
| James K. Barbee<br>*jim@golbeckroth.com* | Gary I. Grenley<br>*ggrenley@grebb.com* |
| Philip S. Beck<br>*anne.doyle@bartlit-beck.com*<br>*susan.dandrea@bartlit-beck.com* | Richard M. Heimann<br>*rheimann@lchb.com*<br>*lsimms@lchb.com* |
| Ronald L. Berenstain<br>*rberenstain@perkinscoie.com*<br>*jstarr@perkinscoie.com* | David D. Hoff<br>*dhoff@tousley.com*<br>*btaylor@tousley.com* |
| Steve W. Berman<br>*steve@hbsslaw.com*<br>*heatherw@hbsslaw.com*<br>*carrie@hbsslaw.com* | Lester C. Houtz<br>*lester.houtz@bartlit-beck.com*<br>*anne.doyle@bartlit-beck.com* |
| Brian D. Buckley<br>*bbuckley@fenwick.com* | James Howard<br>*howard.james@dorsey.com* |
| Elizabeth J. Cabraser<br>*ecabraser@lchb.com*<br>*ewalser@lchb.com* | John M. Hughes<br>*john.hughes@bartlit-beck.com* |
| Kelly P. Corr<br>*kcorr@corrcronin.com*<br>*dpatterson@corrcronin.com*<br>*reception@corrcronin.com* | Bradley B. Jones<br>*bjones@gth-law.com*<br>*sthomas@gth-law.com*<br>*glane@gth-law.com* |
| Christopher G. Emch<br>*emchc@foster.com,pateb@foster.com* | Stellman Keehnel<br>*stellman.keehnel@dlapiper.com*<br>*nina.marie@dlapiper.com* |
| Timothy J. Filer<br>*filet@foster.com,howej@foster.com* | Kenneth G. Kieffer<br>*kkieffer@gth-law.com*<br>*lhoober@gth-law.com* |
| Erin K. Flory<br>*erin@hbsslaw.com*<br>*jon@hbsslaw.com* | James Bernard King<br>*jking@ecl-law.com*<br>*kschulman@ecl-law.com* |
| Steven Fogg<br>*sfogg@corrcronin.com*<br>*lvandiver@corrcronin.com* | Christopher D. Landgraff<br>*chris.landgraff@bartlit-beck.com* |

DEFENDANT PWC'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON COUNT VI (CV-04-0025-FVS)
OHS West:260734032.2

4

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 773-5700

## SERVICE LIST

| | |
|---|---|
| Brian Charles Frontino<br>*bfrontino@stroock.com*<br>*lacalendar@stroock.com* | Christopher Lind<br>*chris.lind@bartlit-beck.com*<br>*anne.doyle@bartlit-beck.com* |
| Mary D. Manesis<br>*mmanesis@stroock.com*<br>*cdusi@stroock.com* | F Mike Shaffer<br>*fshaffer@gth-law.com*<br>*ksnyder@gth-law.com* |
| J. Scott McBride<br>*scott.mcbride@bartlit-beck.com* | James M. Shaker<br>*shaker@ryanlaw.com*<br>*Callahan@ryanlaw.com* |
| James P. McNeill, III<br>*mcnej@foster.com* | Daniel F. Shea<br>*dfshea@hhlaw.com* |
| Jeffrey S. Miller<br>*milje@foster.com*<br>*kellie@foster.com*<br>*hickc@foster.com*<br>*snydd@foster.com* | Kim D. Stephens<br>*kstephens@tousley.com*<br>*bkinsey@tousley.com*<br>*jalbertson@tousley.com*<br>*efile@tousley.com* |
| John Degnan Munding<br>*munding@crumb-munding.com*<br>*Brittany@crumb-munding.com* | Julia B. Strickland<br>*jstrickland@stroock.com*<br>*lacalendar@stroock.com*<br>*tmitchell@stroock.com* |
| Robert J. Nelson<br>*rnelson@lchb.com* | Earl M. Sutherland<br>*esutherland@rmlaw.com*<br>*lfisher@rmlaw.com* |
| Kevin Daniel O'Rourke<br>*korourke@southwellorourke.com* | Paul H. Trinchero<br>*ptrinchero@grebb.com* |
| Carl Joseph Oreskovich<br>*carl@ettermcmahon.com*<br>*roni@ettermcmahon.com* | Fabrice Vincent<br>*fvincent@lchb.com*<br>*dclevenger@lchb.com* |
| Andrew K. Polovin<br>*andrew.polovin@bartlit-beck.com*<br>*anne.doyle@bartlit-beck.com* | Leslie Richard Weatherhead<br>*lwlibertas@aol.com* |
| Mark Roth<br>*mark@golbeckroth.com* | Tyler S. Weaver<br>*tyler@hbsslaw.com* |
| Stephen Michael Rummage<br>*steverummage@dwt.com*<br>*jeannecadley@dwt.com* | Charles S. Wright<br>*charleswright@dwt.com*<br>*terriray@dwt.com* |
| Darrell W. Scott<br>*scottgroup@mac.com*<br>*ssimatos@mac.com* | |

DEFENDANT PWC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT VI (CV-04-0025-FVS)
OHS West:260734032.2

5

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 773-5700