THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500
253-620-6565

STEVE W. BERMAN, WSBA No. 12536
TYLER WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101-2609
206-623-7292
206-623-0594

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT LARRY Y. DANN** |
| | HEARING DATE: December 17, 2009<br>Time: 9:00 a.m. |
| | **WITH ORAL ARGUMENT** |

Plaintiffs hereby move to exclude the testimony of Defendants' expert Larry Y. Dann. This motion is based on the Memorandum in Support of

Pltfs' Motion to Exclude Dann - 1 of 3
(CV-04-025-FVS)
[1451949 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Plaintiffs' Motion and the Declaration of Kenneth G. Kieffer, and the records and files herein.

Dated this 2nd day of October, 2009.

GORDON THOMAS HONEYWELL LLP

By **s/ Bradley B. Jones**
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
Attorneys for Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
Steve W. Berman, WSBA No. 12536
Tyler S. Weaver, WSBA No. 29413
Jeniphr Breckenridge, WSBA No. 12410
Erin K. Flory, WSBA No. 16631
Attorneys for Plaintiffs

Pltfs' Motion to Exclude Dann - 2 of 3
(CV-04-025-FVS)
[1451949 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2009 I electronically filed the following pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on the CM/ECF system for this litigation:

**PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT, LARRY Y. DANN**

*[signature]*
Legal Assistant to:
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
   1201 Pacific Avenue Suite 2100
   Tacoma WA 98402
   253-620-6500

Counsel for Class Plaintiffs

Pltfs' Motion to Exclude Dann - 3 of 3
(CV-04-025-FVS)
[1451949 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# PROPOSED ORDER

THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN G. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500
253-620-6565

STEVE W. BERMAN, WSBA No. 12536
TYLER WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 12410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101-2609
206-623-7292
206-623-0594
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT LARRY Y. DANN |
| | (PROPOSED) |

THIS MATTER having come before the Court on Plaintiffs' Motion to Exclude Defendants' Expert Larry Y Dann; the Court having reviewed the Motion and all supporting pleadings, all opposing documents and having heard oral argument, hereby ORDERS that Defendants' expert, Larry Y.

ORDER GRANTING PLTFS' MOTION TO EXCLUDE
DANN - 1 of 2
(CV-04-025-FVS)
[1451916 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

Dann, shall be and hereby is excluded from the evidence to be presented in this case and is barred from testifying in this matter.

DONE IN OPEN COURT this _____ day of _____, 2009.

_____
JUDGE FRED VAN SICKLE

ORDER GRANTING PLTFS' MOTION TO EXCLUDE
DANN - 2 of 2
(CV-04-025-FVS)
[1451916 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565