1  TO: All parties and their attorneys of record

2  TO: The Clerk of the Court

3  PLEASE TAKE NOTICE that on December 17, 2007 at 9:00 a.m., or at a later
4  date to be set by the Court, the undersigned attorneys for Defendant Roth Capital
5  Partners, LLC, will present, with oral argument requested, its MOTION FOR
6  SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY
7  JUDGMENT before the Honorable Fred Van Sickle.

8  Dated: October 2, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARY D. MANESIS
BRIAN C. FRONTINO
GEORGE S. AZADIAN

By: s/ Mary D. Manesis
MARY D. MANESIS, *Pro Hac Vice*
Attorneys for Defendant
Roth Capital Partners, LLC
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: mmanesis@stroock.com

Dated: October 2, 2009

ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.

By: s/ Carl J. Oreskovich
CARL J. ORESKOVICH, WSBA 12779
Attorneys for Defendant
Roth Capital Partners, LLC
ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.
Bank of Whitman, Suite 210
618 W. Riverside Avenue
Spokane, WA 99201
Telephone: 509-747-9100
Facsimile: 509-623-1438
Email: carl@ettermcmahon.com

NOTICE OF HEARING RE:
MOTION FOR SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

- 1 -

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067    (310) 556-5800

LA 51193755

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086