THE HONORABLE FRED VAN SICKLE

CARL J. ORESKOVICH (Bar No. 12779)
ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.
Bank of Whitman, Suite 210
618 W. Riverside Avenue
Spokane, WA 99201
Telephone:  509-747-9100
Facsimile:   509-623-1438

JULIA B. STRICKLAND (Pro Hac Vice)
MARY D. MANESIS (Pro Hac Vice)
BRIAN C. FRONTINO (Pro Hac Vice)
GEORGE S. AZADIAN (Pro Hac Vice)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959

Attorneys for Defendant
Roth Capital Partners, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| | <u>CLASS ACTION</u> |
| | ROTH CAPITAL PARTNERS, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: LOSS CAUSATION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>**ORAL ARGUMENT REQUESTED**</u> |
| | Hearing Date:     December 16, 2009 |
| | Hearing Time:     9:00 a.m. |

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067   (310) 556-5800

LA 51201709v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    Roth Capital Partners, LLC ("Roth") opposes Plaintiffs' Motion for Partial

2  Summary Judgment Re: Negative Causation (the "Motion").  Plaintiffs' Motion

3  fundamentally is an opposition to the expert report and deposition testimony of the

4  auditors' damages and loss causation expert, Christopher James.  (Pls. Mot. at 13.)

5  ("Plaintiffs will address primarily the arguments of PwC, E&Y, and James as to their

6  theory of causation.")  The Motion refers to Roth's damages and loss causation

7  expert, Larry Y. Dann, Ph.D., only in passing.  These sporadic references to

8  Professor Dann in plaintiffs' Motion are amply rebutted in Roth's concurrently-filed

9  Opposition to plaintiffs' Motion to Exclude Professor Dann.

10    Moreover, and fatally for their Motion, plaintiffs incorrectly state the standard

11  for loss causation (i.e., negative causation) under Section 11 of the Securities Act of

12  1933.  Plaintiffs erroneously assert that in order to establish a loss causation defense,

13  a defendant must prove that "all of a plaintiff's losses stemmed from matters

14  unrelated to the misstatements." (Pls. Mot. at 1; see also Id. at 8, in order "to prevail

15  on their negative-causation defense, Defendants' proof must totally eliminate their

16  alleged misstatement as a contributing cause to Plaintiffs' losses." (emphasis

17  added).)  Plaintiffs further and equally erroneously contend that since defendants

18  failed to establish a "total disconnection between Defendants' misstatements and

19  Plaintiffs' losses," the Court should grant summary judgment "dismissing"

20  defendants' loss causation defense and "bar[ring] Defendants from raising this

21  affirmative defense at trial." (Id. at 2, 9.)  Plaintiffs' assertions are contradicted by

22  the plain language of Section 11(e), which provides:

> [I]f the defendant proves that any portion or all of such damages represents other than the depreciation in value of such security resulting from such part of the registration statement, with respect to which his liability is asserted, not being true or omitting to state a material fact required to be stated therein or necessary to make the statements therein not misleading, such portion of or all such damages shall not be recoverable.

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067   (310) 556-5800

LA 51201709v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1   15 U.S.C. § 77k(e) (emphasis added); <u>see also</u> <u>Alaska Electrical Pension Fund v.</u>

2   <u>Flowserve Corp.</u>, 572 F.3d. 221, 233 (5th Cir. 2009) (under Section 11(e) defendants

3   are entitled to a reduction in damages "<u>for so much of the loss as is not attributable</u> to

4   the misstatement" (emphasis added)); <u>see also</u> <u>Akerman v. Oryx Communications,</u>

5   <u>Inc.</u>, 810 F.2d 336, 340 (2d Cir. 1987) ("A defendant may, under section 11(e),

6   <u>reduce his liability</u> by proving that the depreciation in value resulted from factors

7   other than the material misstatement in the registration statement" (emphasis added)).

8   Not surprisingly, plaintiffs have not cited a single case where a court has precluded

9   defendants from asserting a loss causation defense at trial.  Even assuming,

10  *arguendo*, defendants are not entitled to summary judgment on the grounds that

11  plaintiffs' losses are not completely unrelated to the alleged misstatements, there is

12  absolutely no authority for plaintiffs' contention that defendants cannot assert a loss

13  causation defense at trial and prove that 99.99% (or some other percentage) of

14  plaintiffs' losses were caused by factors unrelated to the alleged misstatements.

15       For the foregoing reasons, Roth respectfully requests that the Court deny

16  plaintiffs' Motion seeking to bar defendants from raising the defense of loss

17  causation at trial.

18

19  October 30, 2009                    STROOCK & STROOCK & LAVAN LLP

20                                      By:   /s/ Mary D. Manesis
                                              MARY D. MANESIS, *Pro Hac Vice*
21                                            2029 Century Park East
                                              Los Angeles, CA  90067
22                                            Telephone:  310-556-5800
23                                            Facsimile:   310-556-5959
                                              Email:  mmanesis@stroock.com
24                                            Attorneys for Defendant
25                                            Roth Capital Partners, LLC

26

27

28

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067    (310) 556-5800

LA 51201709v1

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009 I electronically filed the foregoing document described as:  ROTH CAPITAL PARTNERS, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE: LOSS CAUSATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on the CM/ECF for this litigation.

/s/  Mary D. Manesis
Mary D. Manesis

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067     (310) 556-5800

LA 51201709v1

# CERTIFICATE OF SERVICE

1

2    I hereby certify that on October 30, 2009 I electronically filed the foregoing

3    document described as:

4    ROTH CAPITAL PARTNERS, LLC'S OPPOSITION TO PLAINTIFFS'
     MOTION FOR PARTIAL SUMMARY JUDGMENT RE: LOSS

5    CAUSATION

6    I electronically filed this document with the Clerk of the Court using the

7    CM/ECF system, which will send notification of such filing to the following:

8    George S Azadian          gazadian@stroock.com,cdusi@stroock.com

9    James K Barbee            jim@golbeckroth.com

10   Philip S Beck             anne.doyle@bartlit-beck.com,
                               susan.dandrea@bartlit-beck.com
11

     Ronald L Berenstain       rberenstain@perkinscoie.com,
12                             jstarr@perkinscoie.com

13   Steve W Berman            steve@hbsslaw.com,heatherw@hbsslaw.com,
                               carrie@hbsslaw.com
14

     Alison Killen Blair       ablair@orrick.com
15

     Brian D Buckley           bbuckley@fenwick.com,kroth@fenwick.com,
16                             doconnor@fenwick.com

17   Elizabeth J Cabraser      ecabraser@lchb.com

18   Kelly P Corr              kcorr@corrcronin.com,dpatterson@corrcronin.com
                               reception@corrcronin.com
19

     James P Cusick            jcusick@orrick.com
20

21   Christopher G Emch        emchc@foster.com,pateb@foster.com

22   Timothy J Filer           filet@foster.com,howej@foster.com

     Erin K Flory              erin@hbsslaw.com,jon@hbsslaw.com
23

24   Steven Fogg               sfogg@corrcronin.com,hpowell@corrcronin.com

     Brian C. Frontino         bfrontino@stroock.com,lacalendar@stroock.com
25

26   E Joseph Giometti         jgiometti@orrick.com,jcopoulos@orrick.com,
                               pbenetz@orrick.com

27

28   ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
     SUMMARY JUDGMENT
     (Case No. CV-04-0025-FVS)
                                          STROOCK & STROOCK & LAVAN LLP
                                          2029 Century Park East, Suite 1800
                                          Los Angeles, CA 90067    (310) 556-5800

LA 51201709v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

| | | |
|---|---|---|
| 1 | Peter Jennings Grabicki | pjg@randanco.com,nlg@randanco.com, scc@randanco.com |
| 2 | Gary I Grenley | ggrenley@grebb.com |
| 3 | Richard M Heimann | rheimann@lchb.com,lsimms@lchb.com |
| 4 | Kenneth P Herzinger | kherzinger@orrick.com |
| 5 | David D Hoff | dhoff@tousley.com,btaylor@tousley.com |
| 6 | Lester C Houtz | lester.houtz@bartlit-beck.com, anne.doyle@bartlit-beck.com |
| 7 8 | James E Howard | howard.james@dorsey.com, summers.shawn@dorsey.com, hall.michelle@dorsey.com |
| 9 10 | John M Hughes | john.hughes@bartlit-beck.com |
| 11 | Bradley B Jones | bjones@gth-law.com, sthomas@gth-law.com,glane@gth-law.com |
| 12 | Stellman Keehnel | stellman.keehnel@dlapiper.com, nina.marie@dlapiper.com |
| 13 14 | Kenneth G Kieffer | kkieffer@gth-law.com,lhoober@gth-law.com |
| 15 | James Bernard King | jking@ecl-law.com,kschulman@ecl-law.com |
| 16 | Christopher D Landgraff | chris.landgraff@bartlit-beck.com |
| 17 | Christopher Lind | chris.lind@bartlit-beck.com, anne.doyle@bartlit-beck.com |
| 18 | Mary D Manesis | mmanesis@stroock.com,cdusi@stroock.com |
| 19 | J. Scott McBride | scott.mcbride@bartlit-beck.com |
| 20 | James P McNeill, III | mcnej@foster.com |
| 21 | Jeffrey S Miller | milje@foster.com,kellie@foster.com, hickc@foster.com, snydd@foster.com |
| 22 23 | Meredith Moss | mmoss@orrick.com |
| 24 | John Degnan Munding | munding@crumb-munding.com, brittany@crumb-munding.com |
| 25 26 | Robert J Nelson | rnelson@lchb.com |
| 27 | Kevin Daniel O'Rourke | kevin@southwellorourke.com |

28

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067    (310) 556-5800

LA 51201709v1

| | |
|---|---|
| Carl Joseph Oreskovich | carl@ettermcmahon.com, roni@ettermcmahon.com |
| Andrew K Polovin | andrew.polovin@bartlit-beck.com,anne.doyle@bartlit-beck.com |
| Mark Roth | mark@golbeckroth.com |
| Stephen Michael Rummage | steverummage@dwt.com,jeannecadley@dwt.com |
| Darrell W Scott | scottgroup@mac.com,ssimatos@mac.com |
| F Mike Shaffer | fshaffer@gth-law.com,ksnyder@gth-law.com |
| James M Shaker | shaker@ryanlaw.com,callahan@ryanlaw.com |
| Daniel F Shea | dfshea@hhlaw.com |
| Kim D Stephens | kstephens@tousley.com,bkinsey@tousley.com |
| Julia B Strickland | jstrickland@stroock.com,lacalendar@stroock.com, tmitchell@stroock.com |
| Michael S Strube | sstrube@orrick.com,gjohnson@orrick.com |
| Earl M Sutherland | esutherland@rmlaw.com,jlading@rmlaw.com |
| Paul H Trinchero | ptrinchero@grebb.com |
| Fabrice Vincent | fvincent@lchb.com,dclevenger@lchb.com |
| Leslie Richard Weatherhead | lwlibertas@aol.com,emilyr@wkdtlaw.com, janetj@wkdtlaw.com |
| Tyler S Weaver | tyler@hbsslaw.com,jeniphr@hbsslaw.com,bonney m@hbsslaw.com |
| Diana Lynn Weiss | dweiss@orrick.com |
| Charles S Wright | charleswright@dwt.com,terriray@dwt.com |

/s/  Mary D. Manesis
Mary D. Manesis

ROTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT
(Case No. CV-04-0025-FVS)

LA 51201709v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067    (310) 556-5800

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086