UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-25-FVS<br><br>ORDER VACATING MOTION FOR RECONSIDERATION |

Ernst & Young, LLP, having asked to withdraw both its motion for reconsideration and its motion for an expedited hearing; Now, therefore

**IT IS HEREBY ORDERED:**

1. Ernst & Young's motion for reconsideration (**Ct. Rec. 945**) is **vacated**; but with leave to refile the motion in the event the Court does not approve Ernst & Young's settlement agreement with the plaintiffs.

2. Ernst & Young's motion for expedited review (**Ct. Rec. 961**) is **denied as moot.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___10th___ day of February, 2010.

                                 s/ Fred Van Sickle
                                 Fred Van Sickle
              Senior United States District Judge

ORDER - 1