The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-2609
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO INVESTOR RELIANCE ON BROKER REPRESENATIONS |
| | [Clerk's Action Required] |
| | **[ORAL ARGUMENT REQUESTED]** |
| | Hearing Date: March 3, 2010<br>Time: 9:00 a.m. |

PLTFS' MTN *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO INVESTOR
RELIANCE - 1
No. CV-04-0025-FVS
001758-11 353045 V1

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Exclude Evidence Related to Investor Reliance on Broker Representations. This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

           HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Tyler S. Weaver
   Steve W. Berman, WSBA No. 12536
   Erin K. Flory, WSBA No. 16631
   Tyler S. Weaver, WSBA No. 29413
   Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON, THOMAS HONEYWELL,
   MALANCA, PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
Telephone: (253) 620-6500
Facsimile: (253) 620-6565

*Co-Lead Counsel for Plaintiffs*

PLTFS' MTN *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO INVESTOR
RELIANCE - 2
No. CV-04-0025-FVS
001758-11 353045 V1



**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com

PLTFS' MTN *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO INVESTOR
RELIANCE - 3
No. CV-04-0025-FVS
001758-11 353045 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

| | |
|---|---|
| 1 | David D Hoff at dhoff@tousley.com; btaylor@tousley.com |
| 2 | Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com |
| 3 | Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com |
| 4 | |
| 5 | James B. King at jking@ecl-law.com |
| 6 | Christopher D Landgraff at chris.landgraff@barlit-beck.com |
| 7 | Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com |
| 8 | J Scott McBride at scott.mcbride@barlit-beck.com |
| 9 | James P McNeill, III at mcnej@foster.com |
| 10 | Michael L Merriman at michael.merriman@barlit-beck.com |
| 11 | Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com |
| 12 | |
| 13 | John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com |
| 14 | |
| 15 | Robert J Nelson at rnelson@lchb.com |
| 16 | Kevin Daniel O'Rourke at korourke@southwellorourke.com |
| 17 | Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com |
| 18 | |
| 19 | Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com |
| 20 | Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com |
| 21 | |
| 22 | Terry J Price at tprice@rmalw.com |
| 23 | Mark Roth at mark@golbeckroth.com |
| 24 | Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com |
| 25 | Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com |
| 26 | |

PLTFS' MTN *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO INVESTOR
RELIANCE - 4
No. CV-04-0025-FVS
001758-11  353045 V1



1918 Eighth Avenue, Suite 3300 • Seattle, WA  98101
(206) 623-7292 • FAX (206) 623-0594

1  M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

2  James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

3  Daniel F Shea at dfshea@hhlaw.com;

4
5  Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

6  Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com;
7  lacalendar@stroock.com

8  Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

9  Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

10
11 Paul H Trinchero at ptrinchero@grebb.com

12 Michael C Tu at mtu@orrick.com; sspencer@orrick.com

13 Robert P Varian at rvarian@orrick.com

14 Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

15 Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

16 Christine Marie Weaver at cw@cweaverlaw.com
17
18 Leslie Richard Weatherhead at lwlibertas@aol.com

19 Charles S Wright at charleswright@dwt.com; terriray@dwt.com

20                              HAGENS BERMAN SOBOL SHAPIRO LLP

21                              By  s/ Tyler S. Weaver
22                                 Tyler S. Weaver, WSBA No. 29413
                                1918 8th Avenue, Suite 3300
23                              Seattle, WA 98101
                                Telephone:  (206) 623-7292
24                              Facsimile:   (206) 623-0594
25
                                *Co-Lead Counsel for Plaintiffs*
26

PLTFS' MTN *IN LIMINE* TO EXCLUDE
EVIDENCE RELATED TO INVESTOR
RELIANCE - 5
No. CV-04-0025-FVS
001758-11  353045 V1

