The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT REGARDING SEC "APPROVAL" OF 2000 FINANCIALS<br><br>[Clerk's Action Required]<br><br>**[ORAL ARGUMENT REQUESTED]**<br><br>Hearing Date: March 3, 2010<br>Time: 9:00 a.m. |

PLTFS' MTN *IN LIMINE* TO EXCLUDE
ARGUMENT RE: SEC "APPROVAL" OF 2000
FINANCIALS - 1
No. CV-04-0025-FVS

1    Plaintiffs, by their undersigned counsel, move the Court for an Order
2    granting Plaintiffs' Motion *In Limine* to Exclude Argument Regarding SEC
3
4    "Approval" of 2000 Financials.  This motion is supported by the accompanying
5    memorandum of law.
6
     Dated this 16th day of February, 2010.
7
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
8
9
10                                              By  /s/ Tyler S. Weaver
                                                    Steve W. Berman, WSBA No. 12536
11                                                  Erin K. Flory, WSBA No. 16631
12                                                  Tyler S. Weaver, WSBA No. 29413
                                                    Jeniphr Breckenridge, WSBA No. 21410
13                                              1918 8th Avenue, Suite 3300
14                                              Seattle, WA 98101
                                                Telephone:  (206) 623-7292
15                                              Facsimile:   (206) 623-0594
16
                                                F. Mike Shaffer, WSBA No. 18669
17                                              Bradley B. Jones, WSBA No. 17197
18                                              Kenneth G. Kieffer, WSBA No. 10850
                                                GORDON, THOMAS HONEYWELL,
19                                                  MALANCA, PETERSON & DAHEIM LLP
20                                              1201 Pacific Avenue, Suite 2100
                                                Tacoma, WA  98402
21                                              Telephone:  (253) 620-6500
22                                              Facsimile:   (253) 620-6565
23
                                                *Co-Lead Counsel for Plaintiffs*
24
25
26

PLTFS' MTN *IN LIMINE* TO EXCLUDE
ARGUMENT RE: SEC "APPROVAL" OF 2000
FINANCIALS - 2
No. CV-04-0025-FVS
001758-11  353066 V1



# **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com

PLTFS' MTN *IN LIMINE* TO EXCLUDE ARGUMENT RE: SEC "APPROVAL" OF 2000 FINANCIALS - 3
No. CV-04-0025-FVS

001758-11 353066 V1

**HAGENS BERMAN**
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

David D Hoff at dhoff@tousley.com; btaylor@tousley.com

Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

James B. King at jking@ecl-law.com

Christopher D Landgraff at chris.landgraff@barlit-beck.com

Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

J Scott McBride at scott.mcbride@barlit-beck.com

James P McNeill, III at mcnej@foster.com

Michael L Merriman at michael.merriman@barlit-beck.com

Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com

John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com

Robert J Nelson at rnelson@lchb.com

Kevin Daniel O'Rourke at korourke@southwellorourke.com

Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com

Terry J Price at tprice@rmalw.com

Mark Roth at mark@golbeckroth.com

Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com

Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

PLTFS' MTN *IN LIMINE* TO EXCLUDE ARGUMENT RE: SEC "APPROVAL" OF 2000 FINANCIALS - 4
No. CV-04-0025-FVS



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11  353066 V1

| | |
|---|---|
| 1 | M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com |
| 2 | James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com |
| 3 | Daniel F Shea at dfshea@hhlaw.com; |
| 4 | |
| 5 | Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com |
| 6 | Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; |
| 7 | lacalendar@stroock.com |
| 8 | Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com |
| 9 | Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com |
| 10 | |
| 11 | Paul H Trinchero at ptrinchero@grebb.com |
| 12 | Michael C Tu at mtu@orrick.com; sspencer@orrick.com |
| 13 | Robert P Varian at rvarian@orrick.com |
| 14 | Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com |
| 15 | Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com |
| 16 | Christine Marie Weaver at cw@cweaverlaw.com |
| 17 | |
| 18 | Leslie Richard Weatherhead at lwlibertas@aol.com |
| 19 | Charles S Wright at charleswright@dwt.com; terriray@dwt.com |

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Tyler S. Weaver
   Tyler S. Weaver, WSBA No. 29413
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

*Co-Lead Counsel for Plaintiffs*

PLTFS' MTN *IN LIMINE* TO EXCLUDE
ARGUMENT RE: SEC "APPROVAL" OF 2000
FINANCIALS - 5
No. CV-04-0025-FVS
001758-11 353066 V1

