1

The Honorable Fred Van Sickle

2   STEVE W. BERMAN, WSBA No. 12536
    ERIN K. FLORY, WSBA No. 16631
3   HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
4   Seattle, WA  98101
    (206) 623-7292
5

6   BRADLEY B. JONES, WSBA No. 17197
    KENNETH G. KIEFFER, WSBA No. 10850
7   F. MIKE SHAFFER, WSBA No. 18669
    GORDON THOMAS HONEYWELL
8   MALANCA PETERSON & DAHEIM LLP
    1201 Pacific Avenue, Suite 2100
9   Tacoma, WA  98402
    (253) 620-6500
10

11

12                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
13                            AT SPOKANE

14
    In re METROPOLITAN SECURITIES
15  LITIGATION                                  No. CV-04-0025-FVS

16  THIS DOCUMENT RELATES TO:         PLAINTIFFS' MOTION *IN
    ALL ACTIONS                       LIMINE* TO CONFIRM "SUIT
17                                    DATE" AS DECEMBER 17, 2004

18                                    [Clerk's Action Required]

19                                    **[ORAL ARGUMENT
                                      REQUESTED]**
20
                                      Hearing Date:  March 3, 2010
21                                    Time:  9:00 a.m.

22

23

24

25

26

PLTFS' MTN *IN LIMINE* TO CONFIRM "SUIT
DATE" AS DEC. 17, 2004 - 1
No. CV-04-0025-FVS

HB HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353051 V1

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Confirm "Suit Date" as December 17, 2004.  This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP


By  /s/ Tyler S. Weaver
    Steve W. Berman, WSBA No. 12536
    Erin K. Flory, WSBA No. 16631
    Tyler S. Weaver, WSBA No. 29413
    Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON, THOMAS HONEYWELL,
    MALANCA, PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA  98402
Telephone:  (253) 620-6500
Facsimile:   (253) 620-6565

*Co-Lead Counsel for Plaintiffs*

PLTFS' MTN *IN LIMINE* TO CONFIRM "SUIT
DATE" AS DEC. 17, 2004 - 2
No. CV-04-0025-FVS


1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353051 V1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com

PLTFS' MTN *IN LIMINE* TO CONFIRM "SUIT
DATE" AS DEC. 17, 2004 - 3
No. CV-04-0025-FVS

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353051 V1

1  David D Hoff at dhoff@tousley.com; btaylor@tousley.com

2  Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

3  Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

4  James B. King at jking@ecl-law.com

5

6  Christopher D Landgraff at chris.landgraff@barlit-beck.com

7  Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

8  J Scott McBride at scott.mcbride@barlit-beck.com

9  James P McNeill, III at mcnej@foster.com

10  Michael L Merriman at michael.merriman@barlit-beck.com

11
12  Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com

13
14  John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com

15  Robert J Nelson at rnelson@lchb.com

16  Kevin Daniel O'Rourke at korourke@southwellorourke.com

17
18  Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

19  Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

20  Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
21
22  Terry J Price at tprice@rmalw.com

23  Mark Roth at mark@golbeckroth.com

24  Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com

25  Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

26

PLTFS' MTN *IN LIMINE* TO CONFIRM "SUIT
DATE" AS DEC. 17, 2004 - 4
No. CV-04-0025-FVS


1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

001758-11  353051 V1

1  M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

2  James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

3  Daniel F Shea at dfshea@hhlaw.com;

4

5  Kim D Stephens at kstephens@tousley.com; efile@tousley.com;
   jalbertson@tousley.com

6

7  Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com;
   lacalendar@stroock.com

8  Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

9  Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

10

11  Paul H Trinchero at ptrinchero@grebb.com

12  Michael C Tu at mtu@orrick.com; sspencer@orrick.com

13  Robert P Varian at rvarian@orrick.com

14  Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

15  Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

16  Christine Marie Weaver at cw@cweaverlaw.com

17

18  Leslie Richard Weatherhead at lwlibertas@aol.com

19  Charles S Wright at charleswright@dwt.com; terriray@dwt.com

20                          HAGENS BERMAN SOBOL SHAPIRO LLP

21                          By  s/ Tyler S. Weaver
                               Tyler S. Weaver, WSBA No. 29413
22                          1918 8th Avenue, Suite 3300
                            Seattle, WA 98101
23                          Telephone:  (206) 623-7292
                            Facsimile:  (206) 623-0594
24

25
                            *Co-Lead Counsel for Plaintiffs*
26

PLTFS' MTN *IN LIMINE* TO CONFIRM "SUIT
DATE" AS DEC. 17, 2004 - 5
No. CV-04-0025-FVS



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353051 V1