The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE PWC ARGUMENTS THAT ROTH CAPITAL IS LIABLE FOR ITEMS THE COURT HAS ALREADY RULED ROTH IS NOT LIABLE FOR |
| | [Clerk's Action Required] |
| | **[ORAL ARGUMENT REQUESTED]** |
| | Hearing Date: March 3, 2010<br>Time: 9:00 a.m. |

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC
ARGUMENTS THAT ROTH CAPITAL IS
LIABLE - 1
No. CV-04-0025-FVS

HB HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353099 V1

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Preclude PWC Arguments that Roth Capital is Liable for Items the Court has Already Rule Roth is Not Liable For. This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By /s/ Tyler S. Weaver
          Steve W. Berman, WSBA No. 12536
          Erin K. Flory, WSBA No. 16631
          Tyler S. Weaver, WSBA No. 29413
          Jeniphr Breckenridge, WSBA No. 21410
        1918 8th Avenue, Suite 3300
        Seattle, WA 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594

        F. Mike Shaffer, WSBA No. 18669
        Bradley B. Jones, WSBA No. 17197
        Kenneth G. Kieffer, WSBA No. 10850
        GORDON, THOMAS HONEYWELL,
          MALANCA, PETERSON & DAHEIM LLP
        1201 Pacific Avenue, Suite 2100
        Tacoma, WA 98402
        Telephone: (253) 620-6500
        Facsimile: (253) 620-6565

        *Co-Lead Counsel for Plaintiffs*

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC ARGUMENTS THAT ROTH CAPITAL IS LIABLE - 2
No. CV-04-0025-FVS

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353099 V1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC
ARGUMENTS THAT ROTH CAPITAL IS
LIABLE - 3
No. CV-04-0025-FVS

HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353099 V1

| | |
|---|---|
| 1 | Kenneth P Herzinger at kherzinger@orrick.com |
| 2 | David D Hoff at dhoff@tousley.com; btaylor@tousley.com |
| 3 | Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com |
| 4 5 | Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com |
| 6 | James B. King at jking@ecl-law.com |
| 7 | Christopher D Landgraff at chris.landgraff@barlit-beck.com |
| 8 | Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com |
| 9 | J Scott McBride at scott.mcbride@barlit-beck.com |
| 10 | James P McNeill, III at mcnej@foster.com |
| 11 12 | Michael L Merriman at michael.merriman@barlit-beck.com |
| 13 | Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com |
| 14 15 | John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com |
| 16 | Robert J Nelson at rnelson@lchb.com |
| 17 18 | Kevin Daniel O'Rourke at korourke@southwellorourke.com |
| 19 | Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com |
| 20 | Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com |
| 21 22 | Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com |
| 23 | Terry J Price at tprice@rmalw.com |
| 24 | Mark Roth at mark@golbeckroth.com |
| 25 | Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com |
| 26 | |

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC
ARGUMENTS THAT ROTH CAPITAL IS
LIABLE - 4
No. CV-04-0025-FVS



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353099 V1

1   Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

2   M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

3   James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

4

5   Daniel F Shea at dfshea@hhlaw.com;

6   Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

7

8   Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com

9   Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

10

11   Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

12   Paul H Trinchero at ptrinchero@grebb.com

13   Michael C Tu at mtu@orrick.com; sspencer@orrick.com

14   Robert P Varian at rvarian@orrick.com

15   Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

16   Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

17

18   Christine Marie Weaver at cw@cweaverlaw.com

19   Leslie Richard Weatherhead at lwlibertas@aol.com

20   Charles S Wright at charleswright@dwt.com; terriray@dwt.com

21

22

23

24

25

26

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC
ARGUMENTS THAT ROTH CAPITAL IS
LIABLE - 5
No. CV-04-0025-FVS

HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353099 V1

|  |  |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By  s/ Tyler S. Weaver |
| 3 |    Tyler S. Weaver, WSBA No. 29413 |
|   | 1918 8th Avenue, Suite 3300 |
| 4 | Seattle, WA 98101 |
| 5 | Telephone:  (206) 623-7292 |
|   | Facsimile:   (206) 623-0594 |
| 6 |  |
| 7 | *Co-Lead Counsel for Plaintiffs* |

PLTFS' MTN *IN LIMINE* TO PRECLUDE PWC
ARGUMENTS THAT ROTH CAPITAL IS
LIABLE - 6
No. CV-04-0025-FVS



001758-11  353099 V1