The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-2609
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINITFFS' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE PWC ARGUMENTS THAT ROTH CAPITAL IS LIABLE FOR ITEMS THE COURT HAS ALREADY RULED ROTH IS NOT LIABLE FOR |
| | Hearing Date: March 3, 2010<br>Time: 9:00 a.m. |

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 1

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

Plaintiffs hereby move the Court *in limine* for an order precluding PwC from contending at trial that settled Defendant Roth Capital Partners, LLC ("Roth") should be considered at least partly liable for the financial portions of the registration statement, as well as for written portions of the registration statements which the Court has already ruled on.  Plaintiffs have reason to believe PwC will do everything it can to make it appear that the settled defendants Roth and Ernst & Young are liable for all or most of any damages suffered by the Class.  However, they should be barred from doing so with regard to Roth on issues that the Court has ruled upon.

As the Court will recall, Roth moved for summary judgment on several issues, including that (1) five specific items that Plaintiffs alleged were false or misleading risk statements in various registration statements and financials, and (2) there was no genuine issue of material fact as to whether it could be held liable for the "expertised" portions of the registration statements, namely the financial statements.  Following briefing and oral argument, the Court ruled, on January 28, 2010, that Roth was not liable for any of the five risk statements. Ct. Rec. 941, pp. 2-7.  The Court also ruled that Roth was not liable for the financial statements:

> Roth was not required to perform complex financial analysis, nor was it required to challenge PwC's and E&Y's accounting determinations.  Instead, Roth was obligated to look for red flags.  The plaintiffs have failed to identify any circumstance that should have put a layman on notice that PwC's and E&Y's accounting determinations were untrue or misleading.  As a result, Roth was entitled to rely upon the accounting determinations that are contained in the relevant registration[] statements.

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 2



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

*Id.* at 9-10. PwC should not be allowed to contradict the Court's ruling and reopen these issues at trial. The Court has already ruled on these rulings on the statements and the financials as a matter of law. In particular, as to the financials, unless PwC wants to and can identify a "circumstance that should have put a layman on notice that PwC's and E&Y's accounting determinations were untrue or misleading," there is no basis for them to argue for such liability at trial. Plaintiffs strongly suspect that PwC will not attempt to make any such argument, and unless PwC does and can show a factual basis for the argument, the issue should be closed to them at trial.

Dated this 16th day of February, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Tyler S. Weaver
    Steve W. Berman, WSBA No. 12536
    Erin K. Flory, WSBA No. 16631
    Tyler S. Weaver, WSBA No. 29413
    Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 3



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11  352909 V1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

F. Mike Shaffer, WSBA No. 18669  
Bradley B. Jones, WSBA No. 17197  
Kenneth G. Kieffer, WSBA No. 10850  
GORDON, THOMAS HONEYWELL,  
   MALANCA, PETERSON & DAHEIM LLP  
1201 Pacific Avenue, Suite 2100  
Tacoma, WA 98402  
Telephone: (253) 620-6500  
Facsimile: (253) 620-6565  

*Co-Lead Counsel for Plaintiffs*

MEM. RE: MOTION *IN LIMINE* TO  
PRECLUDE PWC ARGUMENTS  
THAT ROTH CAPITAL IS LIABLE - 4



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101  
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 5



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

1. David D Hoff at dhoff@tousley.com; btaylor@tousley.com

2. Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

3. Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

4. 

5. James B. King at jking@ecl-law.com

6. Christopher D Landgraff at chris.landgraff@barlit-beck.com

7. Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

8. J Scott McBride at scott.mcbride@barlit-beck.com

9. James P McNeill, III at mcnej@foster.com

10. Michael L Merriman at michael.merriman@barlit-beck.com

11. 

12. Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com

13. 

14. John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com

15. Robert J Nelson at rnelson@lchb.com

16. Kevin Daniel O'Rourke at korourke@southwellorourke.com

17. 

18. Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

19. Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

20. Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com

21. 

22. Terry J Price at tprice@rmalw.com

23. Mark Roth at mark@golbeckroth.com

24. Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com

25. Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

26.

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 6



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

1. M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

2. James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

3. Daniel F Shea at dfshea@hhlaw.com;

4. Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

5. Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com

6. Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

7. Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

8. Paul H Trinchero at ptrinchero@grebb.com

9. Michael C Tu at mtu@orrick.com; sspencer@orrick.com

10. Robert P Varian at rvarian@orrick.com

11. Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

12. Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

13. Christine Marie Weaver at cw@cweaverlaw.com

14. Leslie Richard Weatherhead at lwlibertas@aol.com

15. Charles S Wright at charleswright@dwt.com; terriray@dwt.com

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 7



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 352909 V1

1    HAGENS BERMAN SOBOL SHAPIRO LLP

2    By  s/ Tyler S. Weaver
3        Tyler S. Weaver, WSBA No. 29413
     1918 8th Avenue, Suite 3300
4    Seattle WA 98101
     Telephone:  (206) 623-7292
5    Facsimile:   (206) 623-0594

6
7    *Co-Lead Counsel for Plaintiffs*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MEM. RE: MOTION *IN LIMINE* TO
PRECLUDE PWC ARGUMENTS
THAT ROTH CAPITAL IS LIABLE - 8



1918 E<small>IGHTH</small> A<small>VENUE</small>, S<small>UITE</small> 3300 • S<small>EATTLE</small>, WA  98101
(206) 623-7292 • FAX (206) 623-0594

001758-11  352909 V1