The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101-2609
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT THAT PERSONS OTHER THAN PWC WERE FRAUDULENT<br><br>[Clerk's Action Required]<br><br>**[ORAL ARGUMENT REQUESTED]**<br><br>Hearing Date: March 3, 2010<br>Time: 9:00 a.m. |

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Exclude Argument That Persons Other Than PWC Fraudulent. This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Tyler S. Weaver

Steve W. Berman, WSBA No. 12536
Erin K. Flory, WSBA No. 16631
Tyler S. Weaver, WSBA No. 29413
Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON, THOMAS HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
Telephone: (253) 620-6500
Facsimile: (253) 620-6565

*Co-Lead Counsel for Plaintiffs*

PLTFS' MTN *IN LIMINE* TO EXCLUDE ARGUMENT RE THAT PERSONS OTHER THAN PWC WERE FRAUDLUENT - 2
No. CV-04-0025-FVS
001758-11 353073 V1

HAGENS BERMAN
1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com






1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

David D Hoff at dhoff@tousley.com; btaylor@tousley.com

Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

James B. King at jking@ecl-law.com

Christopher D Landgraff at chris.landgraff@barlit-beck.com

Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

J Scott McBride at scott.mcbride@barlit-beck.com

James P McNeill, III at mcnej@foster.com

Michael L Merriman at michael.merriman@barlit-beck.com

Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com

John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com

Robert J Nelson at rnelson@lchb.com

Kevin Daniel O'Rourke at korourke@southwellorourke.com

Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com

Terry J Price at tprice@rmalw.com

Mark Roth at mark@golbeckroth.com

Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com

Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

Daniel F Shea at dfshea@hhlaw.com;

Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com

Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

Paul H Trinchero at ptrinchero@grebb.com

Michael C Tu at mtu@orrick.com; sspencer@orrick.com

Robert P Varian at rvarian@orrick.com

Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

Christine Marie Weaver at cw@cweaverlaw.com

Leslie Richard Weatherhead at lwlibertas@aol.com

Charles S Wright at charleswright@dwt.com; terriray@dwt.com

HAGENS BERMAN SOBOL SHAPIRO LLP

By s/ Tyler S. Weaver
Tyler S. Weaver, WSBA No. 29413
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Co-Lead Counsel for Plaintiffs*

