The Honorable Fred Van Sickle

STEVE W. BERMAN, WSBA No. 12536
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINITFFS' MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE ARGUMENT THAT PERSONS OTHER THAN PWC WERE FRAUDULENT |
| | Hearing Date: March 3, 2010 Time: 9:00 a.m. |

MEM. RE: MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 1

001758-11 353013 V1

Plaintiffs hereby move *in limine* to preclude PricewaterhouseCoopers ("PwC") from arguing at trial that other entities or individuals, including but not limited to, current or former defendants, were fraudulent with regard to any misrepresentations on the 2000 financials.

Despite the fact that PwC has now litigated two cases to the verge of trial over its 2000 audits of Metropolitan and Summit, Plaintiffs are not aware of any evidence that PwC has uncovered which suggests that any other entity, person, or party was fraudulent in representations made as to the 2000 financials. Absent such evidence, PwC should not be allowed argue that somebody was fraudulent, or to include jury instructions or verdict-form questions which indicate that the jury could find another person or party was fraudulent with regard to the 2000 financials.

This not a minor issue. Defendants are, as a general matter, jointly and severally liable under Section 11. However, that joint and several liability does not exist where one party is found to have committed fraud, but the other has not. *See,* 15 U.S.C. § 77k(f)(1). Given this statutory scheme of liability, PwC should not be allowed to argue that other parties were fraudulent, or that PwC was defrauded, with regard to the 2000 financials or the 2000 audit unless PwC presents evidence which it believes is probative of fraud. Plaintiffs are not aware of any such evidence and do not believe that any such evidence exists. Thus, the Court should preclude PwC from making such an argument or seeking to have the jury make such a finding in any proposed instructions or verdict form.

MEM. RE: MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 2



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

001758-11 353013 V1

Dated this 16th day of February, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP


By /s/ Tyler S. Weaver
    Steve W. Berman, WSBA No. 12536
    Erin K. Flory, WSBA No. 16631
    Tyler S. Weaver, WSBA No. 29413
    Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON, THOMAS HONEYWELL,
    MALANCA, PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA  98402
Telephone:  (253) 620-6500
Facsimile:   (253) 620-6565

*Co-Lead Counsel for Plaintiffs*

MEM. RE:  MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 3
001758-11  353013 V1



## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 16, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

Kenneth P Herzinger at kherzinger@orrick.com

MEM. RE:  MTN *IN LIMINE* TO EXCLUDE ARGUMENT THAT PERSONS OTHER THAN PWC WERE FRAUDULENT (Case No. CV-04-0025-FVS) - 4

001758-11 353013 V1



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  David D Hoff at dhoff@tousley.com; btaylor@tousley.com

2  Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

3  Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

4  James B. King at jking@ecl-law.com

5
6  Christopher D Landgraff at chris.landgraff@barlit-beck.com

7  Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

8  J Scott McBride at scott.mcbride@barlit-beck.com

9  James P McNeill, III at mcnej@foster.com

10
   Michael L Merriman at michael.merriman@barlit-beck.com
11
12  Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com;
    hickc@foster.com
13
14  John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com

15  Robert J Nelson at rnelson@lchb.com

16  Kevin Daniel O'Rourke at korourke@southwellorourke.com

17
18  Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

19  Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

20  Andrew K Polovin at andrew.polovin@bartlit-beck.com;
    anne.doyle@bartlit-beck.com
21
22  Terry J Price at tprice@rmalw.com

23  Mark Roth at mark@golbeckroth.com

24  Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com

25  Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

26

MEM. RE:  MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 5
001758-11 353013 V1

HB HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

Daniel F Shea at dfshea@hhlaw.com;

Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com

Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

Paul H Trinchero at ptrinchero@grebb.com

Michael C Tu at mtu@orrick.com; sspencer@orrick.com

Robert P Varian at rvarian@orrick.com

Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

Christine Marie Weaver at cw@cweaverlaw.com

Leslie Richard Weatherhead at lwlibertas@aol.com

Charles S Wright at charleswright@dwt.com; terriray@dwt.com

MEM. RE: MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 6
001758-11 353013 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Tyler S. Weaver
   Tyler S. Weaver, WSBA No. 29413
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

*Co-Lead Counsel for Plaintiffs*

MEM. RE:  MTN *IN LIMINE* TO
EXCLUDE ARGUMENT THAT
PERSONS OTHER THAN PWC
WERE FRAUDULENT (Case No. CV-
04-0025-FVS) - 7

001758-11  353013 V1



HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594