THE HONORABLE FRED VAN SICKLE
F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500
253-620-6565

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
206-623-0594
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION<br><br>PLAINTIFFS' MOTION TO DISMISS COUNT VIII OF THE THIRD AMENDED COMPLAINT<br><br>WITHOUT ORAL ARGUMENT<br><br>Hearing Date: March 2, 2010<br>6:30 p.m. |

MOTION TO DISMISS COUNT VIII OF THIRD
AMENDED COMPLAINT - 1 of 6
(CV-04-025-FVS)
[1460647 v1.doc]
LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Plaintiffs respectfully move this Court, pursuant to F.R.Civ.P. 15(a) and 41(a)(2), for an order dismissing Count VIII of the Third Amended Complaint.

Count VIII asserts state-law claims based on the Washington State Securities Act, RCW 21.20.010. The Court declined to certify those claims as class claims, and accordingly they are currently asserted only on behalf of some of the Lead Plaintiffs. Order Denying Motion to Certify the State Claims Class dated January 6, 2009 [Dkt. #664].

The Lead Plaintiffs who still have claims under Count VIII wish to dismiss those claims, and the Class concurs with that request. If the claims remain in the case they will unnecessarily complicate the proceedings, and could lead to the admission of evidence that would be irrelevant to the federal claims and unreasonably prejudicial to the Class. The parties have concentrated virtually all of their efforts on prosecution and defense of the federal claims, and therefore PricewaterhouseCoopers ("PwC"), the only remaining defendant, will not be prejudiced by this dismissal.

MOTION TO DISMISS COUNT VIII OF THIRD
AMENDED COMPLAINT - 2 of 6

(CV-04-025-FVS)
[1460647 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Accordingly, Plaintiffs respectfully urge the Court to grant this motion and dismiss Count VIII of the Third Amended Complaint.

Dated this 16th day of February, 2010.

        GORDON THOMAS HONEYWELL LLP

        By  s/ Kenneth G. Kieffer
         Bradley B. Jones, WSBA No. 17197
         Kenneth G. Kieffer, WSBA No. 10850
         John C. Guadnola, WSBA No. 08636
         Attorneys for Plaintiffs

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By  s/ Tyler S. Weaver
         Steve W. Berman, WSBA No. 12536
         Erin K. Flory, WSBA No. 16631
         Jeniphr Breckenridge, WSBA No. 21410
         Tyler S. Weaver, WSBA No. 29413
         Attorneys for Plaintiffs

MOTION TO DISMISS COUNT VIII OF THIRD
AMENDED COMPLAINT - 3 of 6

(CV-04-025-FVS)
[1460647 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to the CM/ECF participants listed below, and I will mail the same via U.S. Postal Service to the non-CM/ECF participant(s).

Alison Killen Blair at ablair@orrick.com
Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
Brian D Buckley at bbuckley@fenwick.com; doconnor@fenwick.com; kroth@fenwick.com
Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com
Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
Christopher D Landgraff at chris.landgraff@barlit-beck.com
Christopher G Emch at emchc@foster.com; pateb@foster.com
Daniel F Shea at dfshea@hhlaw.com
Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com
David D Hoff at dhoff@tousley.com; btaylor@tousley.com
Diana Lynn Weiss at dlweiss@kslaw.com
E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com; pbenetz@orrick.com
Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
Elizabeth J Cabraser at ecabraser@lchb.com
Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com
Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
Gary I Grenley at ggrenley@grebb.com
George S Azadian at gazadian@stroock.com; cdusi@stroock.com
J Scott McBride at scott.mcbride@barlit-beck.com
James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com
James K Barbee at jim@golbeckroth.com
James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

MOTION TO DISMISS COUNT VIII OF THIRD
AMENDED COMPLAINT - 4 of 6

(CV-04-025-FVS)
[1460647 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | James P Cusick at jcusick@kslaw.com |
| 2 | James P McNeill, III at mcnej@foster.com |
|   | Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; |
| 3 |     hickc@foster.com |
| 4 | John Degnan Munding at munding@crumb-munding.com; |
|   |     brittany@crumb-munding.com |
| 5 | John M. Hughes at john.hughes@bartlit-beck.com |
|   | Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; |
| 6 |     lacalendar@stroock.com |
| 7 | Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; |
|   |     reception@corrcronin.com |
| 8 | Kenneth P Herzinger at kherzinger@orrick.com |
| 9 | Kevin Daniel O'Rourke at kevin@southwellorourke.com |
|   | Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com |
| 10 | Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com; |
| 11 |     janetj@wkdtlaw.com |
|   | Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com |
| 12 | Mark Roth at mark@golbeckroth.com |
| 13 | Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com |
|   | Meredith Moss at mmoss@orrick.com |
| 14 | Paul H Trinchero at ptrinchero@grebb.com |
| 15 | Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; |
|   |     nlg@randanco.com |
| 16 | Philip S Beck at anne.doyle@bartlit-beck.com; |
| 17 | susan.dandrea@barlit-beck.com |
|   | Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com |
| 18 | Robert J Nelson at rnelson@lchb.com |
| 19 | Ronald L Berenstain at rberenstain@perkinscoie.com; |
|   |     jstarr@perkinscoie.com |
| 20 | Stellman Keehnel at stellman.keehnel@dlapiper.com; |
| 21 |     nina.marie@dlapiper.com |
|   | Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com |
| 22 | Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com; |
| 23 |     heatherw@hbsslaw.com |
|   | Steven Fogg at sfogg@corrcronin.com; hpowell@corrcronin.com |
| 24 | Timothy L Filer at filet@foster.com; howej@foster.com |
| 25 | Tyler S Weaver at tyler@hbsslaw.com; bonneym@hbsslaw.com; |
| 26 | MOTION TO DISMISS COUNT VIII OF THIRD |
|   | AMENDED COMPLAINT - 5 of 6 |

(CV-04-025-FVS)
[1460647 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1  jeniphr@hbsslaw.com

2  Notice has been delivered by other means to:

*[signature: Leslee C Hoober]*

Legal Assistant to:
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
John C. Guadnola, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
　1201 Pacific Avenue Suite 2100
　Tacoma WA  98402
　253-620-6500
　253-620-6565
Co-Lead Counsel for Lead Plaintiffs

MOTION TO DISMISS COUNT VIII OF THIRD
AMENDED COMPLAINT - 6 of 6

(CV-04-025-FVS)
[1460647 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# PROPOSED ORDER

| | |
|---|---|
| 1 | THE HONORABLE FRED VAN SICKLE |
| 2 | F. MIKE SHAFFER, WSBA No. 18669<br>BRADLEY B. JONES, WSBA No. 17197 |
| 3 | KENNETH G. KIEFFER, WSBA No. 10850<br>JOHN G. GUADNOLA, WSBA No. 08636 |
| 4 | GORDON THOMAS HONEYWELL LLP<br>1201 Pacific Avenue, Suite 2100 |
| 5 | Tacoma WA  98402-4314<br>253-620-6500 |
| 6 | 253-620-6565 |
| 7 | STEVE W. BERMAN, WSBA No. 12536<br>TYLER WEAVER, WSBA No. 29413 |
| 8 | JENIPHR BRECKENRIDGE, WSBA No. 12410<br>ERIN K. FLORY, WSBA No. 16631 |
| 9 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue, Suite 3300 |
| 10 | Seattle, WA  98101<br>206-623-7292 |
| 11 | 206-623-0594 |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COUNT VIII OF THE THIRD AMENDED COMPLAINT**<br><br>**(PROPOSED)** |

THIS MATTER having come before the Court on Plaintiffs' motion to dismiss Count VIII of the Third Amended Complaint pursuant to Rule 41(a),

ORDER GRANTING PLTFS' MOTION TO DISMISS
COUNT VIII OF THE THIRD AMENDED COMPLAINT - 1
of 2
(CV-04-025-FVS)
[1460654 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

and the Court being fully advised in the premises, it is hereby ORDERED that the motion is hereby granted and Count VIII of the complaint is hereby dismissed

DONE IN OPEN COURT this _____ day of March, 2010.

_____
JUDGE FRED VAN SICKLE

ORDER GRANTING PLTFS' MOTION TO DISMISS
COUNT VIII OF THE THIRD AMENDED COMPLAINT - 2
of 2
(CV-04-025-FVS)
[1460654 v1.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565