THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NO. CV-04-025 FVS<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING INDIVIDUALIZED ISSUES OF THE CLASS REPRESENTATIVES<br><br>Hearing Date: March 3, 2010<br>9:00 a.m.<br><br>**WITH ORAL ARGUMENT** |

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Preclude Evidence Concerning

PLTFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
AND ARGUMENT CONCERNING INDIVIDUALIZED
ISSUES OF THE CLASS REPRESENTATIVES - 1 of 5
(CV-04-025-FVS)
[1460656 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

Individualized Issues of the Class Representatives. This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

**GORDON THOMAS HONEYWELL LLP**

By  s/ Bradley B. Jones
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
John C. Guadnola, WSBA No. 08636
Attorneys for Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Steve W. Berman
Steve W. Berman, WSBA No. 12536
Erin K. Flory, WSBA No. 16631
Jeniphr Breckenridge, WSBA No. 21410
Tyler S. Weaver, WSBA No. 29413
Attorneys for Plaintiffs

PLTFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
AND ARGUMENT CONCERNING INDIVIDUALIZED
ISSUES OF THE CLASS REPRESENTATIVES - 2 of 5
(CV-04-025-FVS)
[1460656 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to the CM/ECF participants listed below, and I will mail the same via U.S. Postal Service to the non-CM/ECF participant(s).

Alison Killen Blair at ablair@orrick.com
Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
Brian D Buckley at bbuckley@fenwick.com; doconnor@fenwick.com; kroth@fenwick.com
Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com
Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
Christopher D Landgraff at chris.landgraff@barlit-beck.com
Christopher G Emch at emchc@foster.com; pateb@foster.com
Daniel F Shea at dfshea@hhlaw.com
Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com
David D Hoff at dhoff@tousley.com; btaylor@tousley.com
Diana Lynn Weiss at dlweiss@kslaw.com
E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com; pbenetz@orrick.com
Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
Elizabeth J Cabraser at ecabraser@lchb.com
Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com
Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
Gary I Grenley at ggrenley@grebb.com
George S Azadian at gazadian@stroock.com; cdusi@stroock.com
J Scott McBride at scott.mcbride@barlit-beck.com
James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com
James K Barbee at jim@golbeckroth.com

PLTFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
AND ARGUMENT CONCERNING INDIVIDUALIZED
ISSUES OF THE CLASS REPRESENTATIVES - 3 of 5
(CV-04-025-FVS)
[1460656 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com |
| 2 | James P Cusick at jcusick@kslaw.com |
| | James P McNeill, III at mcnej@foster.com |
| 3 | Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; |
| 4 | hickc@foster.com |
| | John Degnan Munding at munding@crumb-munding.com; |
| 5 | brittany@crumb-munding.com |
| | John M. Hughes at john.hughes@bartlit-beck.com |
| 6 | Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; |
| 7 | lacalendar@stroock.com |
| | Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; |
| 8 | reception@corrcronin.com |
| 9 | Kenneth P Herzinger at kherzinger@orrick.com |
| | Kevin Daniel O'Rourke at kevin@southwellorourke.com |
| 10 | Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com |
| 11 | Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com; |
| | janetj@wkdtlaw.com |
| 12 | Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com |
| 13 | Mark Roth at mark@golbeckroth.com |
| | Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com |
| 14 | Meredith Moss at mmoss@orrick.com |
| 15 | Paul H Trinchero at ptrinchero@grebb.com |
| | Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; |
| 16 | nlg@randanco.com |
| 17 | Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@barlit-beck.com |
| 18 | Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com |
| 19 | Robert J Nelson at rnelson@lchb.com |
| | Ronald L Berenstain at rberenstain@perkinscoie.com; |
| 20 | jstarr@perkinscoie.com |
| 21 | Stellman Keehnel at stellman.keehnel@dlapiper.com; |
| | nina.marie@dlapiper.com |
| 22 | Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com |
| 23 | Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com; |
| | heatherw@hbsslaw.com |
| 24 | Steven Fogg at sfogg@corrcronin.com; hpowell@corrcronin.com |
| 25 | |
| 26 | PLTFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING INDIVIDUALIZED ISSUES OF THE CLASS REPRESENTATIVES - 4 of 5 |

(CV-04-025-FVS)
[1460656 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Timothy L Filer at filet@foster.com; howej@foster.com
Tyler S Weaver at tyler@hbsslaw.com; bonneym@hbsslaw.com; jeniphr@hbsslaw.com

*/s/ Leslie L Hoober*

Legal Assistant to:
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
John C. Guadnola, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue Suite 2100
Tacoma WA  98402
253-620-6500
253-620-6565
Co-Lead Counsel for Lead Plaintiffs

PLTFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
AND ARGUMENT CONCERNING INDIVIDUALIZED
ISSUES OF THE CLASS REPRESENTATIVES - 5 of 5
(CV-04-025-FVS)
[1460656 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# PROPOSED ORDER

THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING INDIVIDUALIZED ISSUES OF THE CLASS REPRESENTATIVES<br><br>Trial Date: March 15, 2010 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

This matter comes before the Court on Plaintiffs' Motion in Limine to Preclude Evidence and Argument Concerning Individualized Issues of the

[PROPOSED] ORDER RE: MTN IN LIMINE TO
PRECLUDE EVIDENCE AND ARGUMENT
CONCERNING INDIVIDUALIZED ISSUES OF CLASS
REPRESENTATIVES - 1 of 3
(CV-04-025-FVS)
[1460599 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Class Representatives. Having considered the following submittals to the Court:

    1.    Plaintiffs' Motion in Limine to Preclude Evidence and Argument Concerning Individualized Issues of the Class Representatives;

    2.    PwC's Opposition to Plaintiffs' Motion in Limine to Preclude Evidence and Argument Concerning Individualized Issues of the Class Representatives;

    3.

    4.

    5.

And the Court being otherwise fully advised hereby ORDERS that Plaintiffs' Motion in Limine to Preclude Evidence and Argument Concerning Individualized Issues of the Class Representatives is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated this ____ day of March 2010.

                                                            _____
                                                            Honorable Fred Van Sickle
                                                            United States District Judge

Presented by:

By _s/ Bradley B. Jones_____
    Bradley B. Jones, WSBA No. 17197
    Kenneth G. Kieffer, WSBA No. 10850
    John C. Guadnola, WSBA No. 08636
    Attorneys for Plaintiffs

[PROPOSED] ORDER RE: MTN IN LIMINE TO
PRECLUDE EVIDENCE AND ARGUMENT
CONCERNING INDIVIDUALIZED ISSUES OF CLASS
REPRESENTATIVES - 2 of 3
(CV-04-025-FVS)
[1460599 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By_____ |
| 3 | Steve W. Berman, WSBA No. 12536<br>Jeniphr Breckenridge, WSBA No. 21410 |
| 4 | Tyler S. Weaver, WSBA No. 29413<br>Attorneys for Plaintiffs |

[PROPOSED] ORDER RE: MTN IN LIMINE TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING INDIVIDUALIZED ISSUES OF CLASS REPRESENTATIVES  - 3 of 3

(CV-04-025-FVS)
[1460599 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565