THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA  98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NO. CV-04-025 FVS<br><br>PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF REGULATORY ENFORCEMENT INVESTIGATIONS AND ACTIONS UNRELATED TO ACCOUNTING MATTERS<br><br>HEARING DATE: March 3, 2010<br>9:00 a.m.<br><br>WITH ORAL ARGUMENT |

PLTFS' MIL TO PRECLUDE EVIDENCE OF
REGULATORY ENFORCEMENT - 1 of 5
(CV-04-025 FVS)
[207067 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Preclude Evidence of Regulatory Enforcement Investigations and Actions Unrelated to Accounting Matters.

Dated this 16th day of February, 2010.

    GORDON THOMAS HONEYWELL LLP

    By  s/ Bradley B. Jones
       F. Mike Shaffer, WSBA No. 18669
       Bradley B. Jones, WSBA No. 17197
       Kenneth G. Kieffer, WSBA No. 10850
       John C. Guadnola, WSBA No. 08636
       Attorneys for Plaintiffs

    HAGENS BERMAN SOBOL SHAPIRO LLP

    By  s/ Steve W. Berman
       Steve W. Berman, WSBA No. 12536
       Erin K. Flory, WSBA No. 16631
       Jeniphr Breckenridge, WSBA No. 21410
       Tyler S. Weaver, WSBA No. 29413
       Attorneys for Plaintiffs

PLTFS' MIL TO PRECLUDE EVIDENCE OF
REGULATORY ENFORCEMENT - 2 of 5
(CV-04-025 FVS)
[207067 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to the CM/ECF participants listed below, and I will mail the same via U.S. Postal Service to the non-CM/ECF participant(s).

Alison Killen Blair at ablair@orrick.com
Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
Brian D Buckley at bbuckley@fenwick.com; doconnor@fenwick.com; kroth@fenwick.com
Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com
Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
Christopher D Landgraff at chris.landgraff@barlit-beck.com
Christopher G Emch at emchc@foster.com; pateb@foster.com
Daniel F Shea at dfshea@hhlaw.com
Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com
David D Hoff at dhoff@tousley.com; btaylor@tousley.com
Diana Lynn Weiss at dlweiss@kslaw.com
E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com; pbenetz@orrick.com
Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
Elizabeth J Cabraser at ecabraser@lchb.com
Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com
Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
Gary I Grenley at ggrenley@grebb.com
George S Azadian at gazadian@stroock.com; cdusi@stroock.com
J Scott McBride at scott.mcbride@barlit-beck.com
James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com
James K Barbee at jim@golbeckroth.com
James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

PLTFS' MIL TO PRECLUDE EVIDENCE OF
REGULATORY ENFORCEMENT - 3 of 5
(CV-04-025 FVS)
[207067 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

James P Cusick at jcusick@kslaw.com
James P McNeill, III at mcnej@foster.com
Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com
John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com
John M. Hughes at john.hughes@bartlit-beck.com
Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com
Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com
Kenneth P Herzinger at kherzinger@orrick.com
Kevin Daniel O'Rourke at kevin@southwellorourke.com
Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com
Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com; janetj@wkdtlaw.com
Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com
Mark Roth at mark@golbeckroth.com
Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com
Meredith Moss at mmoss@orrick.com
Paul H Trinchero at ptrinchero@grebb.com
Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com
Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@barlit-beck.com
Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com
Robert J Nelson at rnelson@lchb.com
Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com
Stellman Keehnel at stellman.keehnel@dlapiper.com; nina.marie@dlapiper.com
Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com
Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com; heatherw@hbsslaw.com
Steven Fogg at sfogg@corrcronin.com; hpowell@corrcronin.com
Timothy L Filer at filet@foster.com; howej@foster.com

PLTFS' MIL TO PRECLUDE EVIDENCE OF
REGULATORY ENFORCEMENT - 4 of 5
(CV-04-025 FVS)
[207067 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1  Tyler S Weaver at tyler@hbsslaw.com; bonneym@hbsslaw.com;
2  jeniphr@hbsslaw.com

3
4  *[signature]*
   Legal Assistant to:
5  F. Mike Shaffer, WSBA No. 18669
6  Bradley B. Jones, WSBA No. 17197
   Kenneth G. Kieffer, WSBA No. 10850
7  John C. Guadnola, WSBA No. 08636
   GORDON THOMAS HONEYWELL LLP
8      1201 Pacific Avenue Suite 2100
       Tacoma WA  98402
9      253-620-6500
10     253-620-6565
   Co-Lead Counsel for Lead Plaintiffs

26 PLTFS' MIL TO PRECLUDE EVIDENCE OF
   REGULATORY ENFORCEMENT - 5 of 5
   (CV-04-025 FVS)
   [207067 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# PROPOSED ORDER

PROPOSED ORDER

THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1919 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NO. CV-04-025 FVS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MEMORAUNDUM IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF REGULATORY ENFORCEMENT INVESTIGATIONS AND ACTIONS UNRELATED TO ACCOUNTING MATTERS<br><br>Trial Date: March 15, 2010 |
|---|---|

[PROPOSED] ORDER GRANTING MTN IN LIMINE TO
PRECLUDE EVIDENCE - 1 of 3
(CV-04-025-FVS)
[1460598 v6.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

This matter comes before the Court on Plaintiffs' Motion in Limine to Preclude Evidence of Regulatory Enforcement Investigations and Actions Unrelated to Accounting Matters. Having considered the following submittals to the Court:

1. Plaintiffs' Motion in Limine to Preclude Evidence of Regulatory Enforcement Investigations and Actions Unrelated to Accounting Matters;

2. PwC's Opposition to Plaintiffs' Motion in Limine to Preclude Evidence of Regulatory Enforcement Investigations and Actions Unrelated to Accounting Matters;

1.

2.

3.

And the Court being otherwise fully advised hereby ORDERS that Plaintiffs' Motion in Limine to Preclude Evidence of Regulatory Enforcement Investigations and Actions Unrelated to Accounting Matters is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated this ____ day of March 2010.

_____
Honorable Fred Van Sickle
United States District Judge

[PROPOSED] ORDER GRANTING MTN IN LIMINE TO
PRECLUDE EVIDENCE - 2 of 3
(CV-04-025-FVS)
[1460598 v6.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | Presented by: |
| 2 | GORDON THOMAS HONEYWELL LLP |
| 3 | By_s/ Bradley B. Jones_____ |
| 4 | Bradley B. Jones, WSBA No. 17197 |
| | Kenneth G. Kieffer, WSBA No. 10850 |
| 5 | John C. Guadnola, WSBA No. 08636 |
| | Attorneys for Plaintiffs |
| 6 | |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | |
| | By_____ |
| 8 | Steve W. Berman, WSBA No. 12536 |
| | Jeniphr Breckenridge, WSBA No. 21410 |
| 9 | Tyler S. Weaver, WSBA No. 29413 |
| 10 | Attorneys for Plaintiffs |

[PROPOSED] ORDER GRANTING MTN IN LIMINE TO
PRECLUDE EVIDENCE - 3 of 3
(CV-04-025-FVS)
[1460598 v6.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565