THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA  98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NO. CV-04-025 FVS<br><br>PLAINTIFFS' OMNIBUS MOTIONS *IN LIMINE*<br><br>HEARING DATE: March 3, 2010, 9:00 a.m.<br><br>WITH ORAL ARGUMENT |

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Omnibus Motions *In Limine*.

Dated this 16th day of February, 2010.

PLTFS' OMNIBUS MOTIONS *IN LIMINE* - 1 of 5
(CV-04-025 FVS)
[207065 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

GORDON THOMAS HONEYWELL LLP

By  s/ Bradley B. Jones
    F. Mike Shaffer, WSBA No. 18669
    Bradley B. Jones, WSBA No. 17197
    Kenneth G. Kieffer, WSBA No. 10850
    John C. Guadnola, WSBA No. 08636
    Attorneys for Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Steve W. Berman
    Steve W. Berman, WSBA No. 12536
    Erin K. Flory, WSBA No. 16631
    Jeniphr Breckenridge, WSBA No. 21410
    Tyler S. Weaver, WSBA No. 29413
    Attorneys for Plaintiffs

PLTFS' OMNIBUS MOTIONS *IN LIMINE* - 2 of 5
(CV-04-025 FVS)
[207065 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 – FACSIMILE (253) 620-6565

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on February 16, 2010, I electronically filed the

3   foregoing document with the Clerk of the Court using the CM/ECF system.

4   The Court or the CM/ECF system will send notification of such filings to the

5   CM/ECF participants listed below, and I will mail the same via U.S. Postal

6   Service to the non-CM/ECF participant(s).

7

8   Alison Killen Blair at ablair@orrick.com
    Andrew K Polovin at andrew.polovin@bartlit-beck.com;

9        anne.doyle@bartlit-beck.com

10  Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
    Brian D Buckley at  bbuckley@fenwick.com; doconnor@fenwick.com;

11       kroth@fenwick.com

12  Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
    Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com

13  Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
    Christopher D Landgraff at chris.landgraff@barlit-beck.com

14  Christopher G Emch at emchc@foster.com; pateb@foster.com

15  Daniel F Shea at dfshea@hhlaw.com
    Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

16  David D Hoff at dhoff@tousley.com; btaylor@tousley.com

17  Diana Lynn Weiss at dlweiss@kslaw.com
    E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com;

18       pbenetz@orrick.com

19  Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
    Elizabeth J Cabraser at ecabraser@lchb.com

20  Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com

21  Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
    Gary I Grenley at ggrenley@grebb.com

22  George S Azadian at gazadian@stroock.com; cdusi@stroock.com

23  J Scott McBride at scott.mcbride@barlit-beck.com
    James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com

24  James K Barbee at jim@golbeckroth.com

25  James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com
    James P Cusick at jcusick@kslaw.com

26

PLTFS' OMNIBUS MOTIONS *IN LIMINE* - 3 of 5
(CV-04-025 FVS)
[207065 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

1    James P McNeill, III at mcnej@foster.com

2    Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com;
        hickc@foster.com

3    John Degnan Munding at munding@crumb-munding.com;
        brittany@crumb-munding.com

4    John M. Hughes at john.hughes@bartlit-beck.com

5    Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com;
        lacalendar@stroock.com

6    Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com;
        reception@corrcronin.com

7    Kenneth P Herzinger at kherzinger@orrick.com

8    Kevin Daniel O'Rourke at kevin@southwellorourke.com

9    Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com

10   Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com;
        janetj@wkdtlaw.com

11   Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com

12   Mark Roth at mark@golbeckroth.com

     Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

13   Meredith Moss at mmoss@orrick.com

14   Paul H Trinchero at ptrinchero@grebb.com

     Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com;
15      nlg@randanco.com

16   Philip S Beck at anne.doyle@bartlit-beck.com;
     susan.dandrea@barlit-beck.com

17   Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

18   Robert J Nelson at rnelson@lchb.com

     Ronald L Berenstain at rberenstain@perkinscoie.com;
19      jstarr@perkinscoie.com

20   Stellman Keehnel at stellman.keehnel@dlapiper.com;
        nina.marie@dlapiper.com

21   Stephen M Rummage at  steverummage@dwt.com; jeannecadley@dwt.com

22   Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com;
        heatherw@hbsslaw.com

23   Steven Fogg at sfogg@corrcronin.com; hpowell@corrcronin.com

     Timothy L Filer at filet@foster.com; howej@foster.com

24

25

26

PLTFS' OMNIBUS MOTIONS *IN LIMINE* - 4 of 5
(CV-04-025 FVS)
[207065 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1    Tyler S Weaver at tyler@hbsslaw.com; bonneym@hbsslaw.com;
2        jeniphr@hbsslaw.com

3                                         _Leslee L Hooban_____
4                                         Legal Assistant to:
                                          F. Mike Shaffer, WSBA No. 18669
5                                         Bradley B. Jones, WSBA No. 17197
                                          Kenneth G. Kieffer, WSBA No. 10850
6                                         John C. Guadnola, WSBA No. 08636
7                                         GORDON THOMAS HONEYWELL LLP
                                              1201 Pacific Avenue Suite 2100
8                                             Tacoma WA  98402
                                              253-620-6500
9                                             253-620-6565
10                                        Co-Lead Counsel for Lead Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLTFS' OMNIBUS MOTIONS *IN LIMINE* - 5 of 5
(CV-04-025 FVS)
[207065 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

# PROPOSED ORDER

PROPOSED ORDER

THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA  98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MEMORAUNDUM IN SUPPORT OF OMNIBUS MOTIONS *IN LIMINE* |
| | Trial Date: March 15, 2010 |

This matter comes before the Court on Plaintiffs' Omnibus Motions in

Limine.  Having considered the following submittals to the Court:

1.    Plaintiffs' Omnibus Motions in Limine;

2.    PwC's Opposition to Plaintiffs' Omnibus Motions in Limine;

[PROPOSED] ORDER RE: OMNIBUS MOTIONS *IN LIMINE*- 1 of 4
(CV-04-025-FVS)
[1460596 v8.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

3.

4.

5.

And the Court being otherwise fully advised hereby ORDERS as follows with respect to each issue upon which Plaintiffs' moved:

A.     Each party shall have three (3) Peremptory Challenges.

**GRANTED** _____                    **DENIED** _____

B.     The Court Should Give Expanded Preliminary Jury Instructions.

**GRANTED** _____                    **DENIED** _____

C.     Plaintiffs Should Be Permitted, Pursuant to Fed. R. Evid. 611(c), to Examine Witnesses Identified with PwC by Leading Questions.

**GRANTED** _____                    **DENIED** _____

D.     The Court Should Exclude any reference to other cases involving Counsel.

**GRANTED** _____                    **DENIED** _____

E.     Deposition Testimony Needs to be Designated by Page and Line.

**GRANTED** _____                    **DENIED** _____

F.     Twenty-four (24) Hour Notice of Witnesses and Exhibits.

**GRANTED** _____                    **DENIED** _____

G.     The Court should Exclude Personal Beliefs or Opinions of Defense Counsel.

**GRANTED** _____                    **DENIED** _____

[PROPOSED] ORDER RE: OMNIBUS MOTIONS *IN LIMINE*- 2 of 4
(CV-04-025-FVS)
[1460596 v8.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

H.   The Arbitration Awards and Related Judgments are Inadmissible Hearsay.

**GRANTED** _____                    **DENIED** _____

I.   The Court Should Exclude Evidence or Argument Relating to Settlement Negotiations, Including Mediation and the Underlying Litigation.

**GRANTED** _____                    **DENIED** _____

J.   The Court Should Exclude Reference to the Absence of Parties or Witnesses Not Called.

**GRANTED** _____                    **DENIED** _____

K.   The Court Should Exclude Reference to the Fact this Motion Has been Made.

**GRANTED** _____                    **DENIED** _____

**IT IS SO ORDERED.**

Dated this _____ day of March 2010.


_____
Honorable Fred Van Sickle
United States District Judge

Presented by:

By _s/ Bradley B. Jones_____
   Bradley B. Jones, WSBA No. 17197
   Kenneth G. Kieffer, WSBA No. 10850
   John C. Guadnola, WSBA No. 08636
   Attorneys for Plaintiffs

[PROPOSED] ORDER RE: OMNIBUS MOTIONS *IN LIMINE*- 3 of 4
(CV-04-025-FVS)
[1460596 v8.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

1  HAGENS BERMAN SOBOL SHAPIRO LLP

2  By_____

3      Steve W. Berman, WSBA No. 12536
       Jeniphr Breckenridge, WSBA No. 21410
4      Tyler S. Weaver, WSBA No. 29413
       Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  [PROPOSED] ORDER RE: OMNIBUS MOTIONS *IN*
    *LIMINE*- 4 of 4
    (CV-04-025-FVS)
    [1460596 v8.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565