THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1919 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE PwC FROM ARGUING THAT THE JURY CAN CONSIDER DISCLOSURES MADE IN PORTIONS OF THE REGISTRATION STATEMENTS OTHER THAN THE FINANCIAL STATEMENTS TO DETERMINE WHETHER ANY MISSTATMENT AND/OR OMISSION WAS MATERIAL UNDER SECTION 11 |

MOTION *IN LIMINE* TO PRECLUDE PwC FROM
ARGUING THAT THE JURY CAN CONSIDER
DISCLOURES MADE IN PORTIONS OF THE
REGISTRATION STATEMENTS - 1 of 5
(CV-04-025-FVS)
[1460668 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

Hearing Date: March 3, 2010
9:00 a.m.
**WITH ORAL ARGUMENT**

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Preclude PwC from Arguing that the Jury can Consider Disclosures Made in Portions of the Registration Statements Other Than the Financial Statements to Determine Whether Any Misstatement and/or Omission was Material Under Section 11. This motion is supported by the accompanying memorandum of law.

Dated this 16th day of February, 2010.

> GORDON THOMAS HONEYWELL LLP
>
> By  s/ Bradley B. Jones
>     F. Mike Shaffer, WSBA No. 18669
>     Bradley B. Jones, WSBA No. 17197
>     Kenneth G. Kieffer, WSBA No. 10850
>     John C. Guadnola, WSBA No. 08636
>     Attorneys for Plaintiffs
>
> HAGENS BERMAN SOBOL SHAPIRO LLP
>
> By  s/ Steve W. Berman
>     Steve W. Berman, WSBA No. 12536
>     Erin K. Flory, WSBA No. 16631
>     Jeniphr Breckenridge, WSBA No. 21410
>     Tyler S. Weaver, WSBA No. 29413
>     Attorneys for Plaintiffs

MOTION *IN LIMINE* TO PRECLUDE PwC FROM
ARGUING THAT THE JURY CAN CONSIDER
DISCLOURES MADE IN PORTIONS OF THE
REGISTRATION STATEMENTS  - 2 of 5
(CV-04-025-FVS)
[1460668 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to the CM/ECF participants listed below, and I will mail the same via U.S. Postal Service to the non-CM/ECF participant(s).

Alison Killen Blair at ablair@orrick.com
Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
Brian D Buckley at  bbuckley@fenwick.com; doconnor@fenwick.com; kroth@fenwick.com
Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com
Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
Christopher D Landgraff at chris.landgraff@barlit-beck.com
Christopher G Emch at emchc@foster.com; pateb@foster.com
Daniel F Shea at dfshea@hhlaw.com
Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com
David D Hoff at dhoff@tousley.com; btaylor@tousley.com
Diana Lynn Weiss at dlweiss@kslaw.com
E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com; pbenetz@orrick.com
Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
Elizabeth J Cabraser at ecabraser@lchb.com
Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com
Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
Gary I Grenley at ggrenley@grebb.com
George S Azadian at gazadian@stroock.com; cdusi@stroock.com
J Scott McBride at scott.mcbride@barlit-beck.com
James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com

MOTION *IN LIMINE* TO PRECLUDE PwC FROM
ARGUING THAT THE JURY CAN CONSIDER
DISCLOURES MADE IN PORTIONS OF THE
REGISTRATION STATEMENTS  - 3 of 5
(CV-04-025-FVS)
[1460668 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

James K Barbee at jim@golbeckroth.com
James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com
James P Cusick at jcusick@kslaw.com
James P McNeill, III at mcnej@foster.com
Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com
John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com
John M. Hughes at john.hughes@bartlit-beck.com
Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com
Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com
Kenneth P Herzinger at kherzinger@orrick.com
Kevin Daniel O'Rourke at kevin@southwellorourke.com
Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com
Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com; janetj@wkdtlaw.com
Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com
Mark Roth at mark@golbeckroth.com
Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com
Meredith Moss at mmoss@orrick.com
Paul H Trinchero at ptrinchero@grebb.com
Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com
Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@barlit-beck.com
Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com
Robert J Nelson at rnelson@lchb.com
Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com
Stellman Keehnel at stellman.keehnel@dlapiper.com; nina.marie@dlapiper.com
Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com
Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com;

MOTION *IN LIMINE* TO PRECLUDE PwC FROM
ARGUING THAT THE JURY CAN CONSIDER
DISCLOURES MADE IN PORTIONS OF THE
REGISTRATION STATEMENTS - 4 of 5
(CV-04-025-FVS)
[1460668 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1     [heatherw@hbsslaw.com](mailto:heatherw@hbsslaw.com)
2 Steven Fogg at [sfogg@corrcronin.com](mailto:sfogg@corrcronin.com); [hpowell@corrcronin.com](mailto:hpowell@corrcronin.com)
3 Timothy L Filer at [filet@foster.com](mailto:filet@foster.com); [howej@foster.com](mailto:howej@foster.com)
4 Tyler S Weaver at [tyler@hbsslaw.com](mailto:tyler@hbsslaw.com); [bonneym@hbsslaw.com](mailto:bonneym@hbsslaw.com);
    [jeniphr@hbsslaw.com](mailto:jeniphr@hbsslaw.com)

*/s/ Sylvia L. Thorn*

Legal Assistant to:
F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
John C. Guadnola, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
    1201 Pacific Avenue Suite 2100
    Tacoma WA  98402
    253-620-6500
    253-620-6565
Co-Lead Counsel for Lead Plaintiffs

MOTION *IN LIMINE* TO PRECLUDE PwC FROM ARGUING THAT THE JURY CAN CONSIDER DISCLOURES MADE IN PORTIONS OF THE REGISTRATION STATEMENTS  - 5 of 5
(CV-04-025-FVS)
[1460668 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

# PROPOSED ORDER

|   |   |
|---|---|
| 1 | THE HONORABLE FRED VAN SICKLE |
| 2 | F. MIKE SHAFFER, WSBA No. 18669 |
| 3 | BRADLEY B. JONES, WSBA NO. 17197 |
|   | KENNETH G. KIEFFER, WSBA No. 10850 |
| 4 | JOHN C. GUADNOLA, WSBA No. 08636 |
|   | GORDON THOMAS HONEYWELL LLP |
| 5 | 1201 Pacific Avenue, Suite 2100 |
|   | Tacoma WA  98402-4314 |
| 6 | 253-620-6500 |

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
|---|---|
|  | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE PwC FROM ARGUING THAT THE JURY CAN CONSIDER DISCLOSURES MADE IN PORTIONS OF THE REGISTRATION STATEMENTS OTHER THAN THE FINANCIAL STATEMENTS TO DETERMINE WHETHER ANY MISSTATMENT AND/OR OMISSION WAS MATERIAL UNDER SECTION 11 |

[PROPOSED] ORDER RE: MOTION *IN LIMINE* TO
PRECLUDE PwC FROM ARGUING THAT THE JURY
CAN CONSIDER DISCLOURES MADE IN PORTIONS
OF THE REGISTRATION STATEMENTS - 1 of 3
(CV-04-025-FVS)
[1460670 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

|  |  |
|---|---|
| 1 |  |
| 2 | Trial Date: March 15, 2010<br>9:00 a.m. |

This matter comes before the Court on Plaintiffs' Motion *In Limine* to Preclude PwC from Arguing that the Jury can Consider Disclosures Made in Portions of the Registration Statements Other Than the Financial Statements to Determine Whether Any Misstatement and/or Omission was Material Under Section 11. Having considered the following submittals to the Court:

1. Plaintiffs' Motion *In Limine* to Preclude PwC from Arguing that the Jury can Consider Disclosures Made in Portions of the Registration Statements Other Than the Financial Statements to Determine Whether Any Misstatement and/or Omission was Material Under Section 11;

2. PwC's Opposition to Plaintiffs' Motion *In Limine* to Preclude PwC from Arguing that the Jury can Consider Disclosures Made in Portions of the Registration Statements Other Than the Financial Statements to Determine Whether Any Misstatement and/or Omission was Material Under Section 11;

3.

4.

5.

And the Court being otherwise fully advised hereby ORDERS that Plaintiffs' Motion *In Limine* to Preclude PwC from Arguing that the Jury can Consider Disclosures Made in Portions of the Registration Statements Other

[PROPOSED] ORDER RE: MOTION *IN LIMINE* TO
PRECLUDE PwC FROM ARGUING THAT THE JURY
CAN CONSIDER DISCLOURES MADE IN PORTIONS
OF THE REGISTRATION STATEMENTS - 2 of 3
(CV-04-025-FVS)
[1460670 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Than the Financial Statements to Determine Whether Any Misstatement and/or Omission was Material Under Section 11 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated this ____ day of March 2010.

_____
Honorable Fred Van Sickle
United States District Judge

Presented by:

GORDON THOMAS HONEYWELL LLP

By_s/ Bradley B. Jones_____
   Bradley B. Jones, WSBA No. 17197
   Kenneth G. Kieffer, WSBA No. 10850
   John C. Guadnola, WSBA No. 08636
   Attorneys for Plaintiffs

HAGENS BERMAN SOBOL SHAPIRO LLP

By_____
   Steve W. Berman, WSBA No. 12536
   Jeniphr Breckenridge, WSBA No. 21410
   Tyler S. Weaver, WSBA No. 29413
   Attorneys for Plaintiffs

[PROPOSED] ORDER RE: MOTION *IN LIMINE* TO PRECLUDE PwC FROM ARGUING THAT THE JURY CAN CONSIDER DISCLOURES MADE IN PORTIONS OF THE REGISTRATION STATEMENTS - 3 of 3
(CV-04-025-FVS)
[1460670 v2.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565