THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA  98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | NO. CV-04-025 FVS<br><br>PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING THE SEC'S FAILURE TO PROCEED AGAINST PWC IN CONNECTION WITH MET<br><br>HEARING DATE: March 3, 2010, 9:00 a.m.<br><br>WITH ORAL ARGUMENT |

Plaintiffs, by their undersigned counsel, move the Court for an Order granting Plaintiffs' Motion *In Limine* to Preclude Evidence and Argument

PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT
RE: SEC FAILURE TO PROCEED - 1 of 5
(CV-04-025 FVS)
[207079 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | |
| 2 | Concerning the SEC's Failure to Proceed Against PwC in Connection with |
| 3 | Met. This motion is supported by the accompanying memorandum of law. |
| 4 | Dated this 16th day of February, 2010. |
| 5 | GORDON THOMAS HONEYWELL LLP |
| 6 | By s/ Bradley B. Jones |
| 7 | F. Mike Shaffer, WSBA No. 18669<br>Bradley B. Jones, WSBA No. 17197 |
| 8 | Kenneth G. Kieffer, WSBA No. 10850<br>John C. Guadnola, WSBA No. 08636 |
| 9 | Attorneys for Plaintiffs |
| 10 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | By s/ Steve W. Berman |
| 12 | Steve W. Berman, WSBA No. 12536<br>Erin K. Flory, WSBA No. 16631 |
| 13 | Jeniphr Breckenridge, WSBA No. 21410<br>Tyler S. Weaver, WSBA No. 29413 |
| 14 | Attorneys for Plaintiffs |

PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT
RE: SEC FAILURE TO PROCEED - 2 of 5
(CV-04-025 FVS)
[207079 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to the CM/ECF participants listed below, and I will mail the same via U.S. Postal Service to the non-CM/ECF participant(s).

Alison Killen Blair at ablair@orrick.com
Andrew K Polovin at andrew.polovin@bartlit-beck.com; anne.doyle@bartlit-beck.com
Brian Charles Frontino at bfrontino@stroock.com; lacalendar@strooock.com
Brian D Buckley at bbuckley@fenwick.com; doconnor@fenwick.com; kroth@fenwick.com
Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com
Charles S Wright at charleswright@dwt.com; brianspangler@dwt.com
Christopher Lind at chris.lind@bartlit-beck.com; anne.doyle@bartlit-beck.com
Christopher D Landgraff at chris.landgraff@barlit-beck.com
Christopher G Emch at emchc@foster.com; pateb@foster.com
Daniel F Shea at dfshea@hhlaw.com
Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com
David D Hoff at dhoff@tousley.com; btaylor@tousley.com
Diana Lynn Weiss at dlweiss@kslaw.com
E Joseph Giometti at jgiometti@orrick.com; jcopoulos@orrick.com; pbenetz@orrick.com
Earl M Sutherland at esutherland@rmlaw.com; jlading@rmlaw.com
Elizabeth J Cabraser at ecabraser@lchb.com
Erin K Flory at erin@hbsslaw.com; jon@hbsslaw.com
Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com
Gary I Grenley at ggrenley@grebb.com
George S Azadian at gazadian@stroock.com; cdusi@stroock.com
J Scott McBride at scott.mcbride@barlit-beck.com
James Bernard King at jking@ecl-law.com; kschulman@ecl-law.com
James K Barbee at jim@golbeckroth.com
James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT
RE: SEC FAILURE TO PROCEED - 3 of 5
(CV-04-025 FVS)
[207079 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1 James P Cusick at jcusick@kslaw.com
2 James P McNeill, III at mcnej@foster.com
3 Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com; hickc@foster.com
4 John Degnan Munding at munding@crumb-munding.com; brittany@crumb-munding.com
5 John M. Hughes at john.hughes@bartlit-beck.com
6 Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com
7 Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com
8 Kenneth P Herzinger at kherzinger@orrick.com
9 Kevin Daniel O'Rourke at kevin@southwellorourke.com
10 Kim D Stephens at kstephens@tousley.com; bkinsey@tousley.com
11 Leslie R Weatherhead at lwlibertas@aol.com; emilyr@wkdtlaw.com; janetj@wkdtlaw.com
12 Lester C Houtz at lester.houtz@bartlit-beck.com; anne.doyle@barlit-beck.com
13 Mark Roth at mark@golbeckroth.com
14 Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com
15 Meredith Moss at mmoss@orrick.com
16 Paul H Trinchero at ptrinchero@grebb.com
17 Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com
18 Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@barlit-beck.com
19 Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com
20 Robert J Nelson at rnelson@lchb.com
21 Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com
22 Stellman Keehnel at stellman.keehnel@dlapiper.com; nina.marie@dlapiper.com
23 Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com
24 Steve W Berman at steve@hbsslaw.com; carrie@hbsslaw.com; heatherw@hbsslaw.com
25 Steven Fogg at sfogg@corrcronin.com; hpowell@corrcronin.com
26 Timothy L Filer at filet@foster.com; howej@foster.com

PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT
RE: SEC FAILURE TO PROCEED - 4 of 5
(CV-04-025 FVS)
[207079 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1  Tyler S Weaver at tyler@hbsslaw.com; bonneym@hbsslaw.com;
2      jeniphr@hbsslaw.com

3
4              [signature]
               Legal Assistant to:
               F. Mike Shaffer, WSBA No. 18669
5              Bradley B. Jones, WSBA No. 17197
               Kenneth G. Kieffer, WSBA No. 10850
6              John C. Guadnola, WSBA No. 08636
               GORDON THOMAS HONEYWELL LLP
7                 1201 Pacific Avenue Suite 2100
                  Tacoma WA  98402
8                 253-620-6500
                  253-620-6565
9              Co-Lead Counsel for Lead Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26 PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT
   RE: SEC FAILURE TO PROCEED - 5 of 5
   (CV-04-025 FVS)
   [207079 v4.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# PROPOSED ORDER

THE HONORABLE FRED VAN SICKLE

F. MIKE SHAFFER, WSBA No. 18669
BRADLEY B. JONES, WSBA NO. 17197
KENNETH G. KIEFFER, WSBA No. 10850
JOHN C. GUADNOLA, WSBA No. 08636
GORDON THOMAS HONEYWELL LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
253-620-6500

STEVE W. BERMAN, WSBA No. 12536
TYLER S. WEAVER, WSBA No. 29413
JENIPHR BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
206-623-7292
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | NO. CV-04-025 FVS |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MIL TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING THE SEC'S FAILURE TO PROCEED AGAINST PwC IN CONNECTION WITH MET |
| | Trial Date: March 15, 2010 9:00 a.m. |
| | WITH ORAL ARGUMENT |

This matter comes before the Court on Plaintiffs' Motion in Limine to Preclude Evidence Concerning the SEC's Failure to Proceed Against PwC in

[PROPOSED] ORDER GRANTING PLTFS' MIL TO
PRECLUDE EVIDENCE & ARGUMENT - 1 of 3
(CV-04-025-FVS)
[1460597 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Connection with Met.  Having considered the following submittals to the Court:

    1.    Plaintiffs' Motion in Limine to Preclude Evidence Concerning the SEC's Failure to Proceed Against PwC in Connection with Met.;

    2.    PwC's Opposition to Plaintiffs' Motion in Limine to Preclude Evidence Concerning the SEC's Failure to Proceed Against PwC in Connection with Met.;

    3.

    4.

    5.

And the Court being otherwise fully advised hereby ORDERS that Plaintiffs' Motion in Limine to Preclude Evidence Concerning the SEC's Failure to Proceed Against PwC in Connection with Met is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated this _____ day of March 2010.

                                                                Honorable Fred Van Sickle
                                                                United States District Judge

Presented by:

By s/ Bradley B. Jones
    Bradley B. Jones, WSBA No. 17197
    Kenneth G. Kieffer, WSBA No. 10850
    John C. Guadnola, WSBA No. 08636
    Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING PLTFS' MIL TO
PRECLUDE EVIDENCE & ARGUMENT - 2 of 3
(CV-04-025-FVS)
[1460597 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By_____ |
| 3 | Steve W. Berman, WSBA No. 12536 |
| | Jeniphr Breckenridge, WSBA No. 21410 |
| 4 | Tyler S. Weaver, WSBA No. 29413 |
| | Attorneys for Plaintiffs |

[PROPOSED] ORDER GRANTING PLTFS' MIL TO PRECLUDE EVIDENCE & ARGUMENT - 3 of 3
(CV-04-025-FVS)
[1460597 v5.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565