HONORABLE FRED VAN SICKLE

Steven W. Fogg, WSBA 23528
Seann C. Colgan, WSBA 38769
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Ave., Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE METROPOLITAN SECURITIES ACTION | No. CV-04-0025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DEFENDANT C. PAUL SANDIFUR'S MOTION TO EXPEDITE MOTION FOR CLARIFICATION RE ORDER GRANTING LEAVE TO CONDUCT A DEPOSITION**<br><br>**Without Oral Argument**<br>Hearing Date: March 5, 2010<br>Time: 6:30 p.m. |

Individual Defendant C. Paul Sandifur hereby respectfully requests, pursuant to L.R. 7.1(h)(6), that the Court expedite the time for hearing Mr. Sandifur's Motion for Clarification re Order Granting Leave to Conduct a Deposition.



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Mr. Sandifur requests that the Court hear the Motion on March 6, 2010. Counsel for Mr. Sandifur and PricewaterhouseCoopers LLP are in the process of scheduling Mr. Sandifur's deposition to take place during the week of March 8-12, and seek clarification concerning the scope of this deposition, which was ordered by the Court's Order Granting Leave to Conduct a Deposition (Docket No. 942). A proposed form of order accompanies this motion.

DATED this 18th day of February, 2010.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECELLP

s/ Steven W. Fogg
Steven W. Fogg, WSBA 23528
Seann C. Colgan, WSBA 38769
Attorneys for Defendant Sandifur



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I, Heidi M. Powell, certify to the Court as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Defendant C. Paul Sandifur.

2. I hereby certify that on the 18th day of February, 2010, I electronically filed the attached foregoing along with the proposed order regarding this motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 18th day of February, 2010.

/s/ Heidi M. Powell
Heidi M. Powell



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

James P. McNeill, III (mcnej@foster.com)

Jeffrey S. Miller (milje@foster.com; kellie@foster.com; hickc@foster.com; snydd@foster.com)

Meredith Moss (mmoss@orrick.com)

John D. Munding (munding@crumb-munding.com; brittany@crumb-munding.com)

Robert J. Nelson (rnelson@lchb.com)

Kevin D. O'Rourke (kevin@southwellorourke.com)

Carl J. Oreskovich (carl@ettermcmahon.com; roni@ettermcmahon.com)

Andrew K. Polovin (andrew.polovin@bartlit-beck.com; anne.doyle@cartlit-beck.com)

Mark Roth (mark@golbeckroth.com)

Stephen M. Rummage (steverummage@dwt.com; jeannecadley@dwt.com)

Darrell W. Scott (scottgroup@mac.com; ssimatos@mac.com)

F. Mike Shaffer (fshaffer@gth-law.com; ksnyder@gth-law.com)

James M. Shaker (shaker@ryanlaw.com; callahan@ryanlaw.com)

Daniel F. Shea (dfshea@hhlaw.com)

Kim D. Stephens (kstephens@tousley.com; bkinsey@tousley.com)

Julia B. Strickland (jsrickland@stroock.com; lacalendar@stroock.com; tmitchell@stroock.com)



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

George S. Azadian (gazadian@stroock.com, cdusi@stroock.com)

Brian Charles Frontino (bfrontino@stroock.com, lacalendar@stroock.com)

James K. Barbee (jim@goldbeckroth.com)

Steve W. Berman (steve@hbsslaw.com, heatherw@hbsslaw.com, carrie@hbsslaw.com)

Fabrice Vincent (fvincent@dclevenger@lchb.com)

Earl M. Sutherland (esutherland@rmlaw.com, jlading@rmlaw.com)

Mark G. Honeywell (mhoneywell@gth-law.com, cwohlwend@gth-law.com)

Alison Killen Blair (ablair@orrick.com)

Christopher Lind (chris.lind@bartlit-beck.com, anne.doyle@bartlit-beck.com)

David D. Hoff (dhoff@tousley.com, btaylor@tousley.com)

Richard M. Heimann (rheimann@lchb.com, lsimms@lchb.com)

Brian D. Buckley (bbuckley@fenwick.com, kroth@fenwick.com, doconnor@fenwich.com)

Charles S. Wright (charleswright@dwt.com, brianspangler@dwt.com)

Leslie Richard Weatherhead (lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com)

Paul H. Trinchero (ptrinchero@grebb.com)

Lester C. Houtz (lester.houtz@bartlit-beck.com, anne.doyle@bartlit-back.com)

Elizabeth J. Cabraser (ecabraser@lchb.com)

Peter Jennings Grabicki (pjg@randanco.com, nlg@randanco.com, scc@randanco.com)

E. Joseph Giometti (jgiometti@orrick.com, jcopoulos@orrick.com, pbenetz@orrick.com)

Christopher G. Emch (emchc@foster.com, pateb@foster.com)



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Timothy Filer (filet@foster.com, howej@foster.com)

Gary I. Grenley (ggrenley@grebb.com)

Erin K. Flory (erin@hbsslaw.com, jon@hbsslaw.com)

Christopher D. Landgraff (chris.landgraff@bartlit-beck.com)

Diana L. Weiss (DLweiss@kslaw.com)

James B. King (jking@ecl-law.com, kschulman@ecl-law.com)

James P. Cusick (jcusick@kslaw.com)

John Hughes (john.hughes@bartlit-beck.com)

Kelly Corr (kcorr@corrcronin.com, dpatterson@corrcronin.com, reception@corcronin.com)

Steven W. Fogg (sfogg@corrcronin.com, hpowell@corrcronin.com)

Kenneth Herzinger (kherzinger@orrick.com)

Mary D. Manesis (mmanesis@stroock.com, cdusi@stroock.com)

Philip Beck (anne.doyle@bartlit-beck.com)

Ronald L. Berenstain (rberenstain@perkinscoie.com, jstarr@perkinscoie.com )

Kenneth G. Kieffer (kkieffer@ght-law.com, lhoober@gth-law.com)

Scott McBride (scott.mcbride@barlit-beck.com)

Stellman Keehnel (stellman.keehnel@dlapiper.com, nina.marie@dlapiper.com)

Bradley Jones (bjones@gth-law.com, sthomas@gth-law.com, glane@gth-law.com)

Jeniphr Breckenridge (jeniphr@hbsslaw.com)

Ken Kieffer (kkieffer@gth-law.com)

Tyler Weaver (tyler@hbsslaw.com, jeniphr@hbsslaw.com, bonneym@hbsslaw.com)



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900