HONORABLE FRED VAN SICKLE

Steven W. Fogg, WSBA 23528
Seann C. Colgan, WSBA 38769
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Ave., Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE METROPOLITAN SECURITIES ACTION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. CV-04-0025-FVS<br><br>**DEFENDANT C. PAUL SANDIFUR'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPORT OF MOTION FOR CLARIFICATION RE ORDER GRANTING LEAVE TO CONDUCT A DEPOSITION**<br><br>**Without Oral Agument**<br>Hearing Date: March 5, 2010<br>Time: 6:30 p.m. |



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## INTRODUCTION

Individual Defendant C. Paul Sandifur respectfully seeks clarification of the Court's Order Granting Leave to Conduct a Deposition (Docket No. 942), with respect to the scope of the deposition ordered by the Court.

## ARGUMENT

On January 28, 2010, in response to PricewaterhouseCoopers LLP's ("PwC's") conditional motion for leave to take discovery, the Court entered an Order, which reads, in relevant part, as follows:

> [T]he Court having found good cause to permit [PwC] to take the deposition of C. Paul Sandifur, Jr.; Now, therefore
>
> IT IS HEREBY ORDERED:
>
> 1. The motion to conduct additional discovery (Ct. Rec. 903) is granted in part. The moving parties may take Mr. Sandifur's deposition.
>
> 2. Pending completion of the Sandifur deposition, the Court reserves ruling with respect to the moving parties' request to conduct depositions of the plaintiffs' attorneys.

Counsel for Mr. Sandifur and PwC are in the process of scheduling Mr. Sandifur's deposition, however a dispute has arisen regarding the scope of the deposition ordered by the Court. Mr. Sandifur believes that the deposition is limited in scope to the topic of whether there is any collusive "arrangement" or



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

understanding between Mr. Sandifur and the plaintiffs. Mr. Sandifur notes that the Court's Order appears to contemplate limiting the scope of the deposition in such manner, as the Court reserved ruling on the rest of PwC's motion – which was solely concerned with this issue – "pending the Sandifur deposition." PwC is insisting, however, that the deposition is not so limited, and that it should be permitted to examine Mr. Sandifur on any and all subjects relevant to the litigation.

Accordingly, Mr. Sandifur hereby respectfully asks the Court for clarification on this issue.

DATED this 18th day of February, 2010.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECELLP

s/ Steven W. Fogg
Steven W. Fogg, WSBA 23528
Seann C. Colgan, WSBA 38769
Attorneys for Defendant Sandifur



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I, Heidi M. Powell, certify to the Court as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Defendant C. Paul Sandifur.

2. I hereby certify that on the 18th day of February, 2010, I electronically filed the attached foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the attached Manual Notice List.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 18th day of February, 2010.

/s/ Heidi M. Powell
Heidi M. Powell



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

James P. McNeill, III (mcnej@foster.com)

Jeffrey S. Miller (milje@foster.com; kellie@foster.com; hickc@foster.com; snydd@foster.com)

Meredith Moss (mmoss@orrick.com)

John D. Munding (munding@crumb-munding.com; brittany@crumb-munding.com)

Robert J. Nelson (rnelson@lchb.com)

Kevin D. O'Rourke (kevin@southwellorourke.com)

Carl J. Oreskovich (carl@ettermcmahon.com; roni@ettermcmahon.com)

Andrew K. Polovin (andrew.polovin@bartlit-beck.com; anne.doyle@cartlit-beck.com)

Mark Roth (mark@golbeckroth.com)

Stephen M. Rummage (steverummage@dwt.com; jeannecadley@dwt.com)

Darrell W. Scott (scottgroup@mac.com; ssimatos@mac.com)

F. Mike Shaffer (fshaffer@gth-law.com; ksnyder@gth-law.com)

James M. Shaker (shaker@ryanlaw.com; callahan@ryanlaw.com)

Daniel F. Shea (dfshea@hhlaw.com)

Kim D. Stephens (kstephens@tousley.com; bkinsey@tousley.com)

Julia B. Strickland (jsrickland@stroock.com; lacalendar@stroock.com; tmitchell@stroock.com)



CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

George S. Azadian (gazadian@stroock.com, cdusi@stroock.com)

Brian Charles Frontino (bfrontino@stroock.com, lacalendar@stroock.com)

James K. Barbee (jim@goldbeckroth.com)

Steve W. Berman (steve@hbsslaw.com, heatherw@hbsslaw.com, carrie@hbsslaw.com)

Fabrice Vincent (fvincent@dclevenger@lchb.com)

Earl M. Sutherland (esutherland@rmlaw.com, jlading@rmlaw.com)

Mark G. Honeywell (mhoneywell@gth-law.com, cwohlwend@gth-law.com)

Alison Killen Blair (ablair@orrick.com)

Christopher Lind (chris.lind@bartlit-beck.com, anne.doyle@bartlit-beck.com)

David D. Hoff (dhoff@tousley.com, btaylor@tousley.com)

Richard M. Heimann (rheimann@lchb.com, lsimms@lchb.com)

Brian D. Buckley (bbuckley@fenwick.com, kroth@fenwick.com, doconnor@fenwich.com)

Charles S. Wright (charleswright@dwt.com, brianspangler@dwt.com)

Leslie Richard Weatherhead (lwlibertas@aol.com, emilyr@wkdtlaw.com, janetj@wkdtlaw.com)

Paul H. Trinchero (ptrinchero@grebb.com)

Lester C. Houtz (lester.houtz@bartlit-beck.com, anne.doyle@bartlit-back.com)

Elizabeth J. Cabraser (ecabraser@lchb.com)

Peter Jennings Grabicki (pjg@randanco.com, nlg@randanco.com, scc@randanco.com)

E. Joseph Giometti (jgiometti@orrick.com, jcopoulos@orrick.com, pbenetz@orrick.com)

Christopher G. Emch (emchc@foster.com, pateb@foster.com)



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Timothy Filer (filet@foster.com, howej@foster.com)

Gary I. Grenley (ggrenley@grebb.com)

Erin K. Flory (erin@hbsslaw.com, jon@hbsslaw.com)

Christopher D. Landgraff (chris.landgraff@bartlit-beck.com)

Diana L. Weiss (DLweiss@kslaw.com)

James B. King (jking@ecl-law.com, kschulman@ecl-law.com)

James P. Cusick (jcusick@kslaw.com)

John Hughes (john.hughes@bartlit-beck.com)

Kelly Corr (kcorr@corrcronin.com, dpatterson@corrcronin.com, reception@corcronin.com)

Steven W. Fogg (sfogg@corrcronin.com, hpowell@corrcronin.com)

Kenneth Herzinger (kherzinger@orrick.com)

Mary D. Manesis (mmanesis@stroock.com, cdusi@stroock.com)

Philip Beck (anne.doyle@bartlit-beck.com)

Ronald L. Berenstain (rberenstain@perkinscoie.com, jstarr@perkinscoie.com )

Kenneth G. Kieffer (kkieffer@ght-law.com, lhoober@gth-law.com)

Scott McBride (scott.mcbride@barlit-beck.com)

Stellman Keehnel (stellman.keehnel@dlapiper.com, nina.marie@dlapiper.com)

Bradley Jones (bjones@gth-law.com, sthomas@gth-law.com, glane@gth-law.com)

Jeniphr Breckenridge (jeniphr@hbsslaw.com)

Ken Kieffer (kkieffer@gth-law.com)

Tyler Weaver (tyler@hbsslaw.com, jeniphr@hbsslaw.com, bonneym@hbsslaw.com)



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

<u>Manual Notice List</u>

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients



CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900