THE HONORABLE FRED VAN SICKLE

JAMES B. KING (WSBA NO. 8723)
EVANS, CRAVEN & LACKIE, P.S.
818 West Riverside Avenue, Suite 250
Spokane, Washington 99201-0910
Telephone: (509) 455-5200
Facsimile: (509) 455-3632

JAMES P. CUSICK (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2179
Facsimile: (212) 556-2222

DIANA L. WEISS (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Washington, D.C. 20006
Telephone: (202) 626-2622
Facsimile: (202) 626-3737

KENNETH P. HERZINGER (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415)773-5759

Attorneys for Defendant PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | Case No. CV-04-0025-FVS<br><br>CLASS ACTION<br><br>PRICEWATERHOUSECOOPERS LLP'S OPPOSITION TO DEFENDANT SANDIFUR'S MOTION FOR CLARIFICATION RE ORDER GRANTING LEAVE TO CONDUCT A DEPOSITION<br><br>**WITHOUT ORAL ARGUMENT** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully submits this opposition to Mr. Sandifur's motion for clarification re order granting leave to conduct a deposition. PwC disagrees that a clarification of the Court's Order is necessary; the Order permits PwC to depose Mr. Sandifur and places no restrictions on the scope of that deposition.

In any event, PwC should be permitted to examine Mr. Sandifur on any and all subjects relevant to the litigation, subject only to the 7-hour time limit of F.R.C.P. 30(d)(1), for the following reasons: (1) Mr. Sandifur, as the owner and CEO of Metropolitan and Summit, is a critical witness to events that befell the companies; (2) his counsel told PwC during fact discovery that Mr. Sandifur would assert his Fifth Amendment right if noticed for a deposition, as he consistently had done in prior proceedings; and (3) it was not apparent that Mr. Sandifur had changed his mind and would testify until he gave plaintiffs a signed Declaration during the summary judgment briefing.

PwC should be permitted to explore at deposition any and all subjects relevant to the litigation so it can learn in advance of trial what Mr. Sandifur would testify to at trial. Accordingly, PwC respectfully asks the Court to order that Mr. Sandifur's deposition proceed with no restrictions on the scope of that deposition.

Dated: February 19, 2010

Respectfully submitted,

KING & SPALDING LLP

*/s/ James P. Cusick*

James P. Cusick, *pro hac vice*

EVANS, CRAVEN & LACKIE P.S.

*/s/ James B. King*

James B. King, WSBA #8723

Attorneys for Defendant
PricewaterhouseCoopers LLP

## CERTIFICATE OF SERVICE

I, James P. Cusick, hereby certify that on February 19, 2010, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System and caused the foregoing document to be sent via e-mail to any and all parties who are required to be served in this case. (See Attached Service List).

*/s/ James P. Cusick*

James P. Cusick, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2179
Facsimile: (212) 556-2222

# SERVICE LIST

**ATTORNEYS FOR IRV MARCUS, ROBERT NESS, AND WILLIAM D. SNIDER**

Brian D. Buckley
**FENWICK & WEST LLP**
1191 Second Avenue, 10th Floor
Seattle, WA 98101
*Email: bbuckley@fenwick.com*

**ATTORNEYS FOR CANTWELL PAUL SANDIFUR, JR.**

Steven W. Fogg
Kelly P. Corr
**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
*Email: sfogg@corrcronin.com*

**ATTORNEYS FOR ROTH CAPITAL PARTNERS**

Julia B. Strickland
Mary D. Manesis
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
*Email: mmanesis@stroock.com*

**ATTORNEYS FOR ROTH CAPITAL PARTNERS**

Carl J. Oreskovich
**HOLDEN & ORESKOVICH, P.S.**
618 W. Riverside Avenue
Spokane, WA 99201-0602
*Email: carl@handolaw.com*

**ATTORNEYS FOR THOMAS G. TURNER**

Stephen M. Rummage
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
*Email: steverummage@dwt.com*

**CO-LEAD COUNSEL FOR PLAINTIFFS**

Steve W. Berman
Tyler S. Weaver
Robert F. Lopez
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 5th Avenue, Suite 2900
Seattle, WA 98101
*Email: tyler@hbsslaw.com*

**CO-LEAD COUNSEL FOR PLAINTIFFS**

F. Mike Shaffer
Bradley B. Jones
Kenneth G. Kieffer
**GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP**
Wells Fargo Plaza
1201 Pacific Avenue, Suite 3100
Tacoma, WA 98402
*Email: bjones@gth-law.com*

**ATTORNEYS FOR ERNST & YOUNG LLP**

Lester Houtz
John Hughes
Chris Lind
Chris Landgraff
Andrew K. Polovin
J. Scott McBride
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610
*Email: chris.lind@bartlit-beck.com*