UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

In re METROPOLITAN SECURITIES
LITIGATION

No. CV-04-25-FVS

ORDER

**COUNSEL** for the plaintiffs and PricewaterhouseCoopers ("PwC") having advised the Court they intend to submit a settlement agreement for the Court's approval; Now, therefore

**IT IS HEREBY ORDERED:**

1. The plaintiffs' motion to dismiss Count VIII of the third amended complaint (**Ct. Rec. 1028**) is granted.

2. The following motions are **vacated** with leave to re-file in the event the Court does not approve the terms of the agreement between the plaintiffs and PwC: **court record numbers 1010, 1013, 1016, 1019, 1022, 1025, 1032, 1035, 1041, 1049, 1052, and 1058.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___22nd___ day of February, 2010.

_____s/ Fred Van Sickle_____
Fred Van Sickle
Senior United States District Judge

ORDER - 1