STEVE W. BERMAN, WSBA No. 12536          The Honorable Fred Van Sickle
TYLER S. WEAVER, WSBA No. 29413
JENIPHR A.E. BRECKENRIDGE, WSBA No. 21410
ERIN K. FLORY, WSBA No. 16631
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292

BRADLEY B. JONES, WSBA No. 17197
KENNETH G. KIEFFER, WSBA No. 10850
F. MIKE SHAFFER, WSBA No. 18669
GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-025-FVS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN THE CLASS AND DEFENDANT ERNST & YOUNG LLP |
| | WITHOUT ORAL ARGUMENT |
| | Hearing Date: March 26, 2010 Time: 6:30 pm |

Pursuant to Fed. R. Civ. P. 23, Plaintiffs hereby move the Court for entry of:

PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF PARTIAL SETTLEMENT
WITH E & Y (Case No. CV-04-0025-FVS) - 1

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Order Bifurcating and Staying Claims Against Defendants Ernst & Young LLP; and

Order of Preliminary Approval of Partial Settlement with Ernst & Young LLP.

This Motion is supported by the attached Memorandum, Declaration and exhibits.

Dated this 23rd day of February, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP


By  /s/ Tyler S. Weaver
    Steve W. Berman, WSBA No. 12536
    Erin K. Flory, WSBA No. 16631
    Tyler S. Weaver, WSBA No. 29413
    Jeniphr Breckenridge, WSBA No. 21410
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

F. Mike Shaffer, WSBA No. 18669
Bradley B. Jones, WSBA No. 17197
Kenneth G. Kieffer, WSBA No. 10850
GORDON, THOMAS HONEYWELL,
    MALANCA, PETERSON & DAHEIM LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA  98402
Telephone:  (253) 620-6500
Facsimile:   (253) 620-6565

*Co-Lead Counsel for Plaintiffs*

NOTICE OF HRG RE: PLS' MTN *IN LIMINE* TO PRECLUDE PWC ARGUMENTS THAT ROTH CAPITAL IS LIABLE (Case No. CV-04-0025-FVS) - 2



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via email on February 23, 2010 to the following:

George S. Azadian Azadian@strook.com

James K Barbee at jim@golbeckroth.com

Philip S Beck at anne.doyle@bartlit-beck.com; susan.dandrea@bartlit-beck.com

Ronald L Berenstain at rberenstain@perkinscoie.com; jstarr@perkinscoie.com

Steve W Berman at steve@hbsslaw.com; heatherw@hbsslaw.com

Brian D Buckley at bbuckley@fenwick.com

Elizabeth J Cabraser at ecabraser@lchb.com; ewalser@lchb.com

Kelly P Corr at kcorr@corrcronin.com; dpatterson@corrcronin.com; reception@corrcronin.com

James P. Cusick at jcusick@kslaw.com

Pearl Del Rosario at pdelrosario@orrick.com; valdeman@orrick.com

Christopher G Emch at emchc@foster.com; pateb@foster.com

Timothy L Filer at filet@foster.com; howej@foster.com

Steven Fogg at sfogg@corrcronin.com; ivandiver@corrcronin.com

E Joseph Giometti at jgiometti@orrick.com; gjohnson@orrick.com

Peter Jennings Grabicki at pjg@randanco.com; scc@randanco.com; nlg@randanco.com

Gary I Grenley at ggrenley@grebb.com

NOTICE OF HRG RE: PLS' MTN *IN LIMINE* TO PRECLUDE PWC ARGUMENTS THAT ROTH CAPITAL IS LIABLE (Case No. CV-04-0025-FVS) - 3

001758-T1 355005 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  Richard M Heimann at rheimann@lchb.com; lsimms@lchb.com

2  Kenneth P Herzinger at kherzinger@orrick.com

3  David D Hoff at dhoff@tousley.com; btaylor@tousley.com

4

5  Tarek Ismail at tarek.ismail@bartlit-beck.com; anne.doyle@bartlit-beck.com

6  Stephen M Knaster at sknaster@orrick.com; vadelman@orrick.com

7  James B. King at jking@ecl-law.com

8  Christopher D Landgraff at chris.landgraff@barlit-beck.com

9  Mary D Manesis at mmanesis@stroock.com; cdusi@stroock.com

10  J Scott McBride at scott.mcbride@barlit-beck.com

11

12  James P McNeill, III at mcnej@foster.com

13  Michael L Merriman at michael.merriman@barlit-beck.com

14  Jeffrey S Miller at milje@foster.com; kellie@foster.com; snydd@foster.com;
15  hickc@foster.com

16  John Degnan Munding at munding@crumb-munding.com; brittany@crumb-
    munding.com

17

18  Robert J Nelson at rnelson@lchb.com

19  Kevin Daniel O'Rourke at korourke@southwellorourke.com

20  Carl J Oreskovich at carl@ettermcmahon.com; roni@ettermcmahon.com

21  Erin K. Flory at erin@hbsslaw.com; carrie@hbsslaw.com

22  Andrew K Polovin at andrew.polovin@bartlit-beck.com;
23  anne.doyle@bartlit-beck.com

24  Terry J Price at tprice@rmalw.com

25  Mark Roth at mark@golbeckroth.com

26

NOTICE OF HRG RE: PLS' MTN *IN LIMINE*
TO PRECLUDE PWC ARGUMENTS THAT
ROTH CAPITAL IS LIABLE (Case No. CV-04-
0025-FVS) - 4
001758-11 355005 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

Stephen M Rummage at steverummage@dwt.com; jeannecadley@dwt.com

Darrell W Scott at scottgroup@mac.com; ssimatos@mac.com

M Todd Scott at tscott@orrick.com; jwatts@orrick.com; tmanolova@orrick.com

James M Shaker at shaker@ryanlaw.com; callahan@ryanlaw.com

Daniel F Shea at dfshea@hhlaw.com;

Kim D Stephens at kstephens@tousley.com; efile@tousley.com; jalbertson@tousley.com

Julia B Strickland at jstrickland@stroock.com; tmitchell@stroock.com; lacalendar@stroock.com

Earl M Sutherland at esutherland@rmlaw.com; lfisher@rmlaw.com

Beth E Terrell at bterrell@tousley.com; bkinsey@tousley.com; efile@tousley.com

Paul H Trinchero at ptrinchero@grebb.com

Michael C Tu at mtu@orrick.com; sspencer@orrick.com

Robert P Varian at rvarian@orrick.com

Fabrice Vincent at fvincent@lchb.com; dclevenger@lchb.com

Joshua Watts at jwatts@orrick.com; gjohnson@orrick.com

Christine Marie Weaver at cw@cweaverlaw.com

Diana L. Weiss at dlweiss@kslaw.com

Leslie Richard Weatherhead at lwlibertas@aol.com

Charles S Wright at charleswright@dwt.com; terriray@dwt.com

NOTICE OF HRG RE: PLS' MTN *IN LIMINE*
TO PRECLUDE PWC ARGUMENTS THAT
ROTH CAPITAL IS LIABLE (Case No. CV-04-
0025-FVS) - 5

001758-11 355005 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Tyler S. Weaver
    Tyler S. Weaver, WSBA No. 29413
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

*Co-Lead Counsel for Plaintiffs*

NOTICE OF HRG RE: PLS' MTN *IN LIMINE*
TO PRECLUDE PWC ARGUMENTS THAT
ROTH CAPITAL IS LIABLE (Case No. CV-04-
0025-FVS) - 6
001758-11 355005 V1



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594