UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re METROPOLITAN SECURITIES LITIGATION | No. CV-04-25-FVS<br><br>ORDER GRANTING PRELIMINARY APPROVAL |

**THIS MATTER** having come before the Court based upon "Plaintiffs' Motion for Preliminary Approval"; and the Court having found good cause for the relief requested; Now, therefore

**IT IS HEREBY ORDERED:**

The "Plaintiffs' Motion for Preliminary Approval" **(Ct. Rec. 1090)** is **granted**.

**DATED** this ___25th___ day of February, 2010.

                           s/Fred Van Sickle
                            Fred Van Sickle
              Senior United States District Judge

ORDER - 1