AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: METROPOLITAN SECURITIES
LTIGATION

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-25-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED approving settlement between the Class and Defendant, Ernst & Young, LLP, dismissing claims, barring claims for contribution and indemnity.  The Action and the Ernst & Young, LLP, Action are hereby DISMISSED against Ernst & Young, LLP ONLY.

September 22, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Shirley Peters  
*(By) Deputy Clerk*  
Shirley Peters