AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: METROPOLITAN SECURITIES
LITIGATION

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-25-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED approving settlement between the Class and Defendant Roth Capital Partners, LLC, dismissing claims, barring claims for contribution and indemnity. The Action and the Roth Capital Partners, LLC Action are hereby DISMISSED against Roth Capital Partners, LLC ONLY.

September 22, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*

s/ Shirley Peters  
*(By) Deputy Clerk*

Shirley Peters