# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re: METROPOLITAN SECURITIES
LITIGATION

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV-04-25-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED approving settlement between the Class and Defendant PricewaterhouseCoopers, LLP, dismissing claims, barring claims for contribution and indemnity. The Action and the PricewaterhouseCoopers, LLP Action are hereby DISMISSED against PricewaterhouseCoopers, LLP ONLY.

| | |
|---|---|
| September 22, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |