AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re: METROPOLITAN SECURITIES
LITIGATION

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV-04-25-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED approving settlement between the Class and the Individual Defendants, C. Paul Sandifur, Jr., Thomas Turner, Robert Ness, William Snider, and Irv Marcus dismissing claims, barring claims for contribution and indemnity. The Action and the Individual Defendants, C. Paul Sandifur, Jr., Thomas Turner, Robert Ness, William Snider, and Irv Marcus Action are hereby DISMISSED against the Individual Defendants, C. Paul Sandifur, Jr., Thomas Turner, Robert Ness, William Snider, and Irv Marcus ONLY.

September 22, 2010            JAMES R. LARSEN
*Date*                        *Clerk*
                              s/ Shirley Peters
                              *(By) Deputy Clerk*
                              Shirley Peters