# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re Metropolitan Securities Litigation. This Document Relates to:  All Actions

*Plaintiff*

v.

*Defendant*

)
)
)
)
)
)

Civil Action No.  CV-04-025-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  the remainder of the Net Available Funds in the Individual Settlement Pool, the Roth Settlement Pool, and the Auditor Settlement Pool shall be disbursed to plaintiffs' counsel for payment of unreimbursed costs and fees associated with administration of the settlement and distributions to the Class.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Fred Van Sickle  on a motion for Payment of Residual Settlement Funds.

Date:  February 23, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb